## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re:                                                          :    Chapter 11
                                                                :
Simply Interior Homes, LLC, *et al.*,[1]                        :    Case No. 26-10922 (CTG)
                                                                :
                                    Debtors.                    :    (Joint Administration Pending)
                                                                :
------------------------------------------------------------ x

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Paul Hastings LLP and Young Conaway Stargatt & Taylor, LLP, hereby enter their appearance as co-counsel to Great Rock Capital Partners Management, LLC and GRC SPV Investments, LLC  ("Great Rock") in the above-captioned cases, and requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in these cases be given and served upon the undersigned counsel as follows:

| | |
|---|---|
| Roger G. Schwartz | Joseph Barry (DE Bar No. 4221) |
| Peter Montoni | Joseph M. Mulvihill (DE Bar No. 6061) |
| William Reily | **YOUNG CONAWAY STARGATT &** |
| Alison Sikes | **TAYLOR, LLP** |
| **PAUL HASTINGS LLP** | Rodney Square, 1000 North King Street |
| 200 Park Avenue | Wilmington, DE 19801 |
| New York, NY 10166 | Telephone:  (302) 571-6600 |
| Telephone:  (212) 318-6000 | **CM/ECF Noticing**: bankfilings@ycst.com |
| Email:  rogerschwartz@paulhastings.com | Email: jbarry@ycst.com |
| petermontoni@paulhastings.com | jmulvihill@ycst.com |
| williamreily@paulhastings.com | |
| alisonsikes@paulhastings.com | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730.

60215921.1

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the above-referenced cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed as (a) a consent by Great Rock to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Great Rock, or (b) a waiver of any right of Great Rock (i) to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) to other rights, claims, actions, defenses, setoffs, or recoupments to which Great Rock is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.  This Notice of Appearance shall not be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

60215921.1

2

Date: June 8, 2026
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Joseph Barry*
Joseph Barry (DE Bar No. 4221)
Joseph M. Mulvihill (DE Bar No. 6061)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone:  (302) 571-6600
Email:  jbarry@ycst.com
         jmulvihill@ycst.com
         **CM/ECF Noticing**: bankfilings@ycst.com

and

Roger G. Schwartz
Peter Montoni
William Reily
Alison Sikes
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Telephone:  (212) 318-6000
Email:  rogerschwartz@paulhastings.com
         petermontoni@paulhastings.com
         williamreily@paulhastings.com
         alisonsikes@paulhastings.com

*Co- Counsel to Great Rock Capital Partners*
*Management, LLC and GRC SPV Investments, LLC*

60215921.1