**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Simply Interior Homes, LLC, *et al.*,[1] | Case No. 26-10922 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 76**<br>**Hearing Date: June 18, 2026 at 1:00 p.m. (ET)** |

**ITS LOGISTICS, LLC's EXHIBIT AND WITNESS LIST
FOR THE HEARING ON JUNE 18, 2026 AT 1:00 P.M. (ET)**

PLEASE TAKE NOTICE that ITS Logistics, LLC ("ITS"), hereby submits this witness and exhibit list (the "Witness and Exhibit List") for the hearing scheduled for June 18, 2026, at 1:00 p.m. (ET) (the "Hearing") before the Honorable Craig T. Goldblatt, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801, in connection with the *Debtors' Emergency Motion Pursuant to Sections 105(a), 362, and 365 of the Bankruptcy Code for Entry of an Order (I) Compelling ITS Logistics, LLC's Obligations Under an Executory Contract, (II) Enforcing the Automatic Stay, (III) Awarding Damages to the Debtors, and (IV) Granting Related Relief* [Docket No. 76] (the "Emergency Motion") scheduled to go forward at the Hearing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730.

## WITNESSES

1.     ITS designates the following individuals as potential witnesses for the Hearing whose testimony may be presented via Zoom:

| Name | Topic |
|---|---|
| Ryan Martin, President of Distribution and Fulfillment at ITS Logistics, LLC | Negotiation and performance of the Warehouse Agreement and Waiver and Consent |
| Rob Bray, Senior Director of Client Success at ITS Logistics, LLC | Negotiation and performance of the Warehouse Agreement and Waiver and Consent |

2.     ITS further reserves the right to call any witness identified by any other party regarding this contested matter, as well as any person as a rebuttal witness. *See* Reservation of Rights, *infra*.

## EXHIBITS

3.     ITS designates the following exhibits that may be used at the Hearing in connection with the matters to be heard:

| Ex. No. | Description | Docket No. (if available) |
|---|---|---|
| 1 | Warehouse Agreement | 76-2 |
| 2 | Waiver and Consent | 76-3 |

4.     ITS further reserves the right to submit any rebuttal exhibit or exhibit identified by any other party regarding this contested matter.  *See* Reservation of Rights, *infra*.

## RESERVATION OF RIGHTS

5.     ITS reserves the right to supplement this witness and exhibit list in all respects, including without limitation by using additional witnesses or exhibits, as necessary. ITS reserves the right to submit all pleadings filed in these cases.  ITS reserves the right to call rebuttal witnesses, or any witnesses identified by any party in this contested matter. ITS also reserves the

right to add additional witnesses and additional exhibits upon notice to the Court and the other parties to this contested matter.

Dated: June 17, 2026                     **BENESCH, FRIEDLANDER,**
Wilmington, Delaware                    **COPLAN & ARONOFF LLP**

_/s/ Kevin M. Capuzzi_
Kevin M. Capuzzi (DE No. 5462)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail: kcapuzzi@beneschlaw.com

*Counsel to ITS Logistics, LLC*

3

**CERTIFICATE OF SERVICE**

I, Kevin M. Capuzzi, hereby certify that on June 17, 2026, a true and correct copy of *ITS Logistics, LLC's Exhibit and Witness List for the Hearing on June 18, 2026 at 1:00 P.M. (ET)* was served upon all parties of record via CM/ECF.

*/s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (DE #5462)

4