# EXHIBIT D

## Proposed Form of Publication Notice

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH) |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

**TO: ALL PERSONS AND ENTITIES WHO MAY HAVE CLAIMS AGAINST PACIFICA OF THE VALLEY d/b/a PACIFICA HOSPITAL OF THE VALLEY CORPORATION:**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On July 4, 2026 (the "Petition Date"), Pacifica of the Valley Corporation d/b/a Pacifica Hospital of the Valley, the debtor and debtor in possession (the "Debtor") in the above-captioned case (the "Case") filed a voluntary petition for relief under chapter 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On [●], 2026, the Court entered an order establishing certain bar dates [Docket No. ●] (the "Bar Date Order").[2]

3. Pursuant to the Bar Date Order, all persons, entities, and governmental units who have a claim or potential claim, including any claims under § 503(b)(9) of the Bankruptcy Code,[3] against the Debtor that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM, so as to be received on or before **October 30, 2026, at 5:00 p.m. (prevailing Eastern Time)** for general creditors (the "General Bar Date") and **December 31, 2026 at 5:00 p.m. (prevailing Eastern**

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is: Pacifica of the Valley Corporation d/b/a Pacifica Hospital of the Valley (7312). The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bar Date Order.

[3] A claim arising under § 503(b)(9) of the Bankruptcy Code is a claim arising from the value of any goods received by the Debtor within twenty (20) days before the Petition Date, provided that the goods were sold to the Debtor in the ordinary course of the Debtor's business.

**Time)** for governmental units (the "Governmental Bar Date," and together with the General Bar Date, the "Bar Dates"), by (i) filing such Proof(s) of Claim electronically through Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), at https://www.veritaglobal.net/pacificaofthevalley; (ii) filing such Proof(s) of Claim electronically through PACER (Public Access to Court Electronic Records), at **Error! Hyperlink reference not valid.**; or (iii) mailing the original Proof(s) of Claim to Verita at the following address:

**Pacifica Claims Processing Center**
**c/o KCC dba Verita**
**222 N. Pacific Coast Highway, Suite 300**
**El Segundo, CA 90245**

**PROOFS OF CLAIM SENT BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED.**

4. The Bar Dates apply to all claims against the Debtor arising under § 503(b)(9) of the Bankruptcy Code; *provided, however*, that the Bar Dates do not apply to the Excluded Claims listed in paragraph 8 of the Bar Date Order.

5. Any proof of claim filed with respect to a claim for alleged medical malpractice or professional negligence must include a statement describing the legal basis of the claim and the type of loss sustained, including with specificity the nature of the injuries suffered, consistent with section 364 of the California Code of Civil Procedure.

6. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE WILL NOT BE TREATED AS A CREDITOR FOR PURPOSES OF VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THIS CASE.**

7. Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting https://www.veritaglobal.net/pacificaofthevalley, maintained by the Debtor's claims and noticing agent, Verita. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Verita by visiting https://www.veritaglobal.net/pacificaofthevalley/inquiry. Please note that neither Verita's staff, counsel to the Debtor, nor the Clerk of the Court's Office is permitted to give you legal advice. Verita cannot advise you how to file, or whether you should file, a proof of claim.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTOR SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**