# **Exhibit A**

## **Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH)<br><br>**Docket Ref. No. __** |

**ORDER GRANTING DEBTOR'S MOTION TO SHORTEN NOTICE IN CONNECTION WITH BID PROCEDURES MOTION**

Upon consideration of the motion (the "Motion to Shorten")[2] of the above-captioned debtor and debtor in possession (the "Debtor") for the entry of an order (this "Order"): (a) shortening notice with respect to the *Debtor's Motion for the Entry of (I) an Order (1) Approving Auction Sale Format and Bidding Procedures; (2) Approving Process for Discretionary Selection of Stalking Horse Bidder and Bid Protections; (3) Approving Form of Notice to Be Provided to Interested Parties; (4) Scheduling a Court Hearing to Consider Approval of the Sale to the Highest and Best Bidder; and (5) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; and (II) an Order Authorizing the Sale of Property Free and Clear of All Claims, Liens and Encumbrances* [Docket No. 188] (the "Bid Procedures Motion"); (b) setting a hearing on the Bid Procedures Motion before this Court for the hearing currently scheduled on September 29, 2026; and (c) granting related relief, all as more fully set forth in the Motion to Shorten; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Shorten.

the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that the relief sought in the Motion to Shorten is in the best interests of the Debtor and its estate, and that the legal and factual bases set forth in the Motion to Shorten establish cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Bid Procedures Motion will be considered by the Court on **September 29, 2026 at 11:00 a.m. (prevailing Eastern Time)**.

3. Any response or objection to the Bid Procedures Motion shall be filed on or before **September 22, 2026 at 4:00 p.m. (prevailing Eastern Time)**.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, and enforcement of this Order.