## **EXHIBIT 1**

Approved DIP Budget

**Simply Interior Homes**
**DIP Budget Cash Flow**
*Figures in $'000*

| Week Number: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 13W |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Week Ending: | 13-Jun-26 | 20-Jun-26 | 27-Jun-26 | 04-Jul-26 | 11-Jul-26 | 18-Jul-26 | 25-Jul-26 | 01-Aug-26 | 08-Aug-26 | 15-Aug-26 | 22-Aug-26 | 29-Aug-26 | 05-Sep-26 | Total |
| **Total Receipts** | 0 | 197 | 340 | 639 | 1,097 | 1,713 | 2,032 | 2,625 | 2,578 | 1,968 | 1,611 | 1,130 | 891 | 16,823 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Freight Costs | (10) | (44) | (44) | (113) | (103) | (103) | (103) | (69) | (69) | (34) | (34) | - | - | (724) |
| Royalty Expense | - | - | (45) | - | - | - | - | (45) | - | - | - | - | (45) | (135) |
| 3PL Fees | (100) | (100) | (150) | (150) | (150) | (175) | (175) | (175) | (150) | (125) | (100) | (75) | (50) | (1,675) |
| Payroll and Contractors | (104) | (125) | - | (158) | (21) | (73) | - | (73) | (16) | (73) | - | (73) | (16) | (732) |
| TSA Fees | - | - | (192) | - | - | - | - | (172) | - | - | - | - | (172) | (536) |
| Other | (65) | (65) | (65) | (65) | (65) | (65) | (65) | (33) | (33) | (33) | (33) | (33) | (16) | (634) |
| **Total Operating Disbursements** | (278) | (334) | (496) | (486) | (339) | (416) | (343) | (566) | (267) | (265) | (167) | (180) | (299) | (4,436) |
| **Net Operating Cash Flow** | (278) | (137) | (156) | 153 | 758 | 1,298 | 1,690 | 2,059 | 2,311 | 1,704 | 1,444 | 950 | 591 | 12,387 |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| Lender Professional Fees | (200) | (175) | (175) | (150) | (150) | (150) | (125) | (100) | (100) | (100) | (75) | (75) | (50) | (1,625) |
| Debtor Professional Fees | (45) | (400) | (360) | (415) | (365) | (245) | (190) | (205) | (185) | (175) | (120) | (130) | (140) | (2,975) |
| Committee Professional Fees | (75) | (50) | (25) | (25) | (25) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (320) |
| Financing Fees and Interest | - | - | - | (168) | - | - | - | (196) | - | - | - | - | (137) | (500) |
| Liquidator Fees | - | (42) | (50) | (105) | (101) | (108) | (107) | (76) | (66) | (32) | (31) | - | - | (717) |
| Contingency/Other Costs | (100) | (100) | (100) | (100) | (100) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (900) |
| **Non-Operating Disbursements** | (420) | (767) | (710) | (962) | (741) | (568) | (487) | (642) | (416) | (372) | (291) | (270) | (392) | (7,037) |
| **Net Cash Flow** | (698) | (904) | (866) | (809) | 17 | 729 | 1,202 | 1,418 | 1,895 | 1,331 | 1,153 | 680 | 200 | 5,350 |
| Opening Cash Balance | 293 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 293 |
| New Money DIP Draw | 655 | 1,101 | 1,206 | 1,448 | 1,080 | 984 | 830 | 1,208 | 682 | 637 | 458 | 450 | 691 | 11,430 |
| Cash Disbursements | (698) | (1,101) | (1,206) | (1,448) | (1,080) | (984) | (830) | (1,208) | (682) | (637) | (458) | (450) | (691) | (11,473) |
| **Closing Cash Balance** | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| Opening Revolver Balance | 17,916 | 15,950 | 12,648 | 9,031 | 7,916 | 7,916 | 7,916 | 7,916 | 7,916 | 7,916 | 7,916 | 7,916 | 7,916 | 17,916 |
| DIP Roll-Up | (1,966) | (3,302) | (3,617) | (1,115) | - | - | - | - | - | - | - | - | - | (10,000) |
| **Closing Revolver Balance** | 15,950 | 12,648 | 9,031 | 7,916 | 7,916 | 7,916 | 7,916 | 7,916 | 7,916 | 7,916 | 7,916 | 7,916 | 7,916 | 7,916 |
| Opening New Money DIP Balance | - | 755 | 1,659 | 2,525 | 3,334 | 3,317 | 2,587 | 1,385 | - | - | - | - | - | - |
| Commitment Fee | 100 | - | - | - | - | - | - | - | - | - | - | - | - | 100 |
| DIP Draw | 655 | 1,101 | 1,206 | 1,448 | 1,080 | 984 | 830 | 1,208 | 682 | 637 | 458 | 450 | 691 | 11,430 |
| DIP Paydown | (0) | (197) | (340) | (639) | (1,097) | (1,713) | (2,032) | (2,592) | (682) | (637) | (458) | (450) | (691) | (11,530) |
| **Closing New Money DIP Balance** | 755 | 1,659 | 2,525 | 3,334 | 3,317 | 2,587 | 1,385 | - | - | - | - | - | - | - |
| Opening DIP Roll-Up Balance | - | 1,966 | 5,268 | 8,885 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 8,072 | 6,740 | 5,587 | 4,907 | - |
| DIP Roll-Up Increase | 1,966 | 3,302 | 3,617 | 1,115 | - | - | - | - | - | - | - | - | - | 10,000 |
| DIP Roll-Up Paydown | - | - | - | - | - | - | - | (33) | (1,895) | (1,331) | (1,153) | (680) | (200) | (5,293) |
| **Closing DIP Roll-Up Balance** | 1,966 | 5,268 | 8,885 | 10,000 | 10,000 | 10,000 | 10,000 | 9,967 | 8,072 | 6,740 | 5,587 | 4,907 | 4,707 | 4,707 |
| Total Opening DIP Balance | - | 2,721 | 6,927 | 11,410 | 13,334 | 13,317 | 12,587 | 11,385 | 9,967 | 8,072 | 6,740 | 5,587 | 4,907 | - |
| New Money DIP Draw/Paydown | 755 | 904 | 866 | 809 | (17) | (729) | (1,202) | (1,385) | - | - | - | - | - | 0 |
| DIP Roll-Up Increase/Paydown | 1,966 | 3,302 | 3,617 | 1,115 | - | - | - | (33) | (1,895) | (1,331) | (1,153) | (680) | (200) | 4,707 |
| **Total Closing DIP Balance** | 2,721 | 6,927 | 11,410 | 13,334 | 13,317 | 12,587 | 11,385 | 9,967 | 8,072 | 6,740 | 5,587 | 4,907 | 4,707 | 4,707 |