**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - -- - - - - - - - - - - - - - - - - - -   x
                                             :

In re:                                           :       Chapter 11
                                               :

Simply Interior Homes, LLC, *et al.*,[1]     :       Case No. 26-10922 (CTG)
                                               :

          Debtors.                     :       (Jointly Administered)
                                               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON JULY 10, 2026 AT 3:30 P.M. (ET)[2]**

> **This proceeding will be conducted in-person in Courtroom No. 7 on the 3rd Floor. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (ET) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**MATTER GOING FORWARD:**

1. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon Certain Goods That Remain in Possession of Laufer Group International, LLC and (I) Granting Related Relief [Docket No. 223 – July 6, 2026]

    Response/Objection Deadline:                           July 9, 2026 at 4:00 p.m. (ET)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include:  Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835).  The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730.

[2] All motions and other pleadings referenced herein are available online at the following address: https://dm.epiq11.com/SimplyInterior.

Related Documents:

A.  Order Shortening the Notice Period with respect to the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon Certain Goods that Remain in Possession of Laufer Group International LLC, and (II) Granting Related Relief [Docket No. 225 – July 7, 2026]

B.  Notice of Hearing Regarding Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon Certain Goods That Remain in Possession of Laufer Group International, LLC and (I) Granting Related Relief [Docket No. 226 – July 7, 2026]

Responses/Objections Received:                              None at this time

Status:  The hearing on this matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

2

13030868v.1

Dated: July 8, 2026
       Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ James R. Risener III*
L. Katherine Good (No. 5101)
Brett M. Haywood (No. 6166)
James R. Risener III (No. 7334)
Sheridan T. Hill, II (No. 7605)
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Tel: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
      bhaywood@potteranderson.com
      jrisener@potteranderson.com
      shill@potteranderson.com

– and –

**GOODWIN PROCTER LLP**
Kizzy L. Jarashow (admitted *pro hac vice*)
Barry Z. Bazian (admitted *pro hac vice*)
Stacy Dasaro (admitted *pro hac vice*)
Artem Skorostensky (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel: (212) 813-8800
Facsimile: (212) 355-3333
Email: kjarashow@goodwinlaw.com
      bbazian@goodwinlaw.com
      sdasaro@goodwinlaw.com
      askorostensky@goodwinlaw.com

*Counsel for Debtors and Debtors in Possession*

13030868v.1