**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 26-10922 (CTG) |
| Simply Interior Homes, LLC, *et al.*,[1] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Obj. Deadline: July 28, 2026 at 4:00 p.m. (ET)** |

**FIRST MONTHLY APPLICATION OF GOODWIN PROCTER LLP FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE FOR THE PERIOD OF JUNE 8, 2026 THROUGH JUNE 30, 2026**

| | |
|---|---|
| Name of Applicant: | Goodwin Procter LLP |
| Authorized to provide professional services to: | Debtors and Debtors in Possession |
| Petition Date: | June 8, 2026 |
| Date of Retention: | July 1, 2026, effective as of June 8, 2026 |
| Period for which compensation and reimbursement are sought: | June 8, 2026 through June 30, 2026 |
| Amount of compensation sought as actual, reasonable, and necessary: | $359,677.50 (80% = $287,742.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $2,518.63 |

This is a(n): _X_ monthly ____ interim ____ final application

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730.

## SUMMARY OF PREVIOUSLY FILED APPLICATIONS

N/A

**COMPENSATION BY PROFESSIONAL**
**JUNE 8, 2026 THROUGH JUNE 30, 2026**

| Timekeeper Name | Position (Year of Bar Admission) | Area(s) of Practice | Fees Billed in this Fee Application | Hours Billed in this Fee Application | Hourly Rate Billed In this Fee Application |
|---|---|---|---|---|---|
| Bazian, Barry | Partner (2013) | Financial Restructuring | 51.8 | $97,125.00 | $1,875.00 |
| Burke, Jacquelyn | Partner (2007) | Complex Litigation & Dispute Resolution | 0.4 | $690.00 | $1,725.00 |
| Dasaro, Stacy | Partner (2014) | Financial Restructuring | 49.9 | $86,077.50 | $1,725.00 |
| Holahan, Timothy | Partner (2008) | Labor & Employment | 0.3 | $547.50 | $1,825.00 |
| Jarashow, Kizzy | Partner (2008) | Financial Restructuring | 27.2 | $51,000.00 | $1,875.00 |
| Cunningham, Nate W. | Counsel (2012) | Business Law Department | 0.9 | $1,485.00 | $1,650.00 |
| Mukherjee, Brian | Counsel (2000) | Complex Litigation & Dispute Resolution | 3.5 | $5,337.50 | $1,525.00 |
| Skorostensky, Artem | Associate (2017) | Financial Restructuring | 59.0 | $88,205.00 | $1,495.00 |
| Koss, Amy M. | Associate (2023) | Complex Litigation & Dispute Resolution | 0.7 | $910.00 | $1,300.00 |
| Mitnick, Meredith | Associate (2020) | Financial Restructuring | 21.3 | $27,690.00 | $1,300.00 |

| Timekeeper Name | Position (Year of Bar Admission) | Area(s) of Practice | Fees Billed in this Fee Application | Hours Billed in this Fee Application | Hourly Rate Billed In this Fee Application |
|---|---|---|---|---|---|
| Faikes, Michael | Associate (2023) | Labor & Employment | 0.5 | $610.00 | $1,220.00 |
| | | **TOTALS:** | **215.5** | **$359,677.50** | |
| | | | | **BLENDED RATE** | **$1,669.04** |

**COMPENSATION BY PROJECT CATEGORY**
**JUNE 8, 2026 THROUGH JUNE 30, 2026**

| Project Category Code | Project Category Description | Total Hours Billed | Total Compensation Billed |
|---|---|---|---|
| B110 | Case Administration | 31.6 | $53,391.00 |
| B130 | 363/Sale Matter | 33.1 | $53,877.50 |
| B150 | Meetings and Communications with Creditors | 2.7 | $4,759.50 |
| B155 | Court Hearing | 26.2 | $45,554.50 |
| B160 | Fee/Employment Applications | 18.5 | $26,529.50 |
| B165 | Employment and Retention Applications – Others | 0.5 | $747.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 3.7 | $5,531.50 |
| B190 | Other Contested Matters | 4.2 | $7,799.00 |
| B195 | Non-Working Travel (Billed at Half Time) | 4.2 | $7,875.00 |
| B210 | Business Operations | 12.6 | $20,657.00 |
| B220 | Employee Benefits/Pensions | 1.2 | $1,755.50 |
| B230 | Financing/Cash Collections | 10.4 | $18,170.00 |
| B260 | Board of Directors Matters | 6.0 | $9,572.00 |
| B270 | Reporting/Schedules and Statements | 0.2 | $299.00 |
| B320 | Plan and Disclosure Statement | 0.2 | $375.00 |
| B330 | Investigations | 60.2 | $102,784.00 |
| **TOTALS:** | | **215.5** | **$359,677.50** |

**MONTHLY EXPENSE SUMMARY**
**JUNE 8, 2026 THROUGH JANUARY 30, 2026**

| EXPENSE DESCRIPTION | EXPENSE SUB-TOTAL |
|---|---|
| Document Printing | $188.60 |
| Travel | $2,330.03 |
| **TOTAL:** | **$2,518.63** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Simply Interior Homes, LLC, *et al.*,[1] | : | Case No. 26-10922 (CTG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Obj. Deadline: July 28, 2026 at 4:00 p.m. (ET)** |

**FIRST MONTHLY APPLICATION OF GOODWIN PROCTER LLP FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE FOR THE PERIOD OF JUNE 8, 2026 THROUGH JUNE 30, 2026**

Pursuant to Sections 330 and 331 of title 11 of the United States Code, §§ 101-1532 (the "Bankruptcy Code"),[2] Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Goodwin Procter LLP ("Goodwin"), co-counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby files this first monthly application (the "Application"). By this Application, Goodwin seeks a monthly allowance of $287,742.00 as compensation (80% of the total monthly allowance of $359,677.50) pursuant to the Interim Compensation Order (defined below) and $2,518.63 for reimbursement of actual and necessary expenses, for a total sum of $362,196.13 incurred for the period of June 8, 2026 through June 30, 2026 (the "Compensation Period"). In support of this Application, Goodwin respectfully

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the *Declaration of Adam Zalev in Support of the Debtors' Chapter 11 Petitions and First Day Relief* [Docket No. 11].

represents as follows:

## Background

1. On June 8, 2026 (the "Petition Date"), each of the above captioned Debtors commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").

2. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

3. The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors in these Chapter 11 Cases on June 18, 2026 (the "Committee"). No trustee or examiner has been appointed in these Chapter 11 Cases.

4. On July 1, 2026, upon prior application, the Court entered an *Order Granting Application for Entry of an Order Authorizing the Retention of Goodwin Procter LLP as Restructuring Counsel for the Debtors Effective as of the Petition Date* [Docket No. 176].

5. Additionally, on June 30, 2026, the Court entered an *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 164] (the "Interim Compensation Order").

## Compensation Paid and Its Source

6. All services for which compensation is requested by Goodwin were performed for or on behalf of the Debtors.

7. Goodwin has received no payment (other than prepetition retainer payments by the Debtors) and no promises for payment from any source for services rendered or to be

rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Goodwin and any other person other than the partners of Goodwin for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.

**Fee Statement**

8. The fee statement for the Compensation Period is attached hereto as **Exhibit A**. This statement contains daily time logs describing the time spent by each attorney and paraprofessional during the Compensation Period. To the best of Goodwin's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, Local Rule 2016-1, applicable Third Circuit law and the Interim Compensation Order.

**Actual and Necessary Expenses**

9. Goodwin has incurred certain out-of-pocket expenses on behalf of the Debtors during the Compensation Period in the amount of $2,518.63. The out-of-pocket disbursement sum is broken down into categories of charges in this Application, which consists of travel, working meals and printing.

**Summary of Services Rendered**

10. Goodwin, by and through these professionals, has provided legal counsel and advice to the Debtors in these Chapter 11 Cases with respect to matters within the scope of its retention, which are described and narrated in detail hereinafter.

11. To provide a meaningful summary of Goodwin's services provided on behalf of the Debtors, Goodwin has established, in accordance with its internal billing procedures, certain project categories in connection with these Chapter 11 Cases. The following chart is a summary of the fees and hours billed for each project category in the Compensation Period:

| Project Category Code | Project Category Description | Total Hours Billed | Total Compensation Billed |
|---|---|---|---|
| B110 | Case Administration | 31.6 | $53,391.00 |
| B130 | 363/Sale Matters | 33.1 | $53,877.50 |
| B150 | Meetings and Communications with Creditors | 2.7 | $4,759.50 |
| B155 | Court Hearings | 26.2 | $45,554.50 |
| B160 | Fee/Employment Applications | 18.5 | $26,529.50 |
| B165 | Employment and Retention Applications – Others | 0.5 | $747.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 3.7 | $5,531.50 |
| B190 | Other Contested Matters | 4.2 | $7,799.00 |
| B195 | Non-Working Travel (Billed at Half Time) | 4.2 | $7,875.00 |
| B210 | Business Operations | 12.6 | $20,657.00 |
| B220 | Employee Benefits/Pensions | 1.2 | $1,755.50 |
| B230 | Financing/Cash Collections | 10.4 | $18,170.00 |
| B260 | Board of Directors Matters | 6.0 | $9,572.00 |
| B270 | Reporting/Schedules and Statements | 0.2 | $299.00 |
| B320 | Plan and Disclosure Statement | 0.2 | $375.00 |
| B330 | Investigations | 60.2 | $102,784.00 |
| **TOTALS:** | | **215.5** | **$359,677.50** |

12. The following is a summary, by matter category, of the professional services provided by Goodwin during the Compensation Period. This summary is organized in accordance with Goodwin's internal system of project category codes.

**(a) *Case Administration (Project Category Code 110)***

Total Fees: $53,391.00
Total Hours: 31.60

13. This category includes time spent by Goodwin in connection with, among other things, (i) participating in calls with the Debtors' professional team regarding case status, strategy, and various chapter 11 workstreams; (ii) drafting, revising, and finalizing the supplement to the first day declaration, including coordinating with the Debtors' advisors regarding the same; (iii) participating in the initial debtor interview with the Office of the United States Trustee; and (iv)

reviewing case materials regarding the chapter 11 filing and addressing various case administration matters.

**(b)** ***<u>363/ Sale Matter (Project Category Code B130)</u>***

Total Fees: $53,877.50
Total Hours: 33.10

14. This category includes time spent by Goodwin in connection with, among other things, (i) conferring with the Debtors' financial advisor and sales agent regarding the sale process and marketing timeline; (ii) drafting and revising the form asset purchase agreement for the section 363 sale process; (iii) reviewing and negotiating non-disclosure agreements with potential bidders; and (iv) reviewing and addressing Committee comments to the bidding procedures motion, preparing the cure notice schedule, and drafting and revising a term sheet for the sale of certain inventory.

**(c)** ***<u>Meetings of and Communication with Creditors (Project Code B150)</u>***

Total Fees: $4,759.50
Total Hours: 2.70

15. This category includes time spent by Goodwin in connection with, among other things, (i) participating in calls with counsel to the Committee; (ii) conferring with individual creditors and their counsel regarding the Chapter 11 Cases; and (iii) coordinating with Debtors' advisors regarding committee-related communications and diligence requests.

**(d)** ***<u>Court Hearings (Project Category Code B155)</u>***

Total Fees: $45,554.50
Total Hours: 26.2

16. This category includes time spent by Goodwin in connection with, among other things, (i) preparing for and attending the first day hearing, including preparing presentations for the same; (ii) addressing comments from the Office of the United States Trustee to the Debtors'

first day motions; (iii) preparing for and attending the emergency hearing on the Debtors' motion with respect to ITS; and (iv) reviewing and negotiating comments on proposed orders and coordinating with co-counsel in connection with all hearings.

**(e)** ***Fee/Employment Applications (Project Category Code B160)***

Total Fees: $26,529.50
Total Hours: 18.50

17. This category includes time spent by Goodwin in connection with, among other things, (i) drafting and revising Goodwin's retention application and related supporting declarations; (ii) preparing and revising the supplemental and second supplemental declarations in support of Goodwin's retention; and (iii) preparing and revising the proposed order approving Goodwin's retention.

**(f)** ***Employment and Retention Applications – Others (Project Category Code B165)***

Total Fees: $747.50
Total Hours: 0.5

18. This category includes time spent by Goodwin in connection with, among other things, reviewing and providing comments on the retention applications of the Debtors' other professionals, including Reflect Advisors, Rock Creek Advisors, and Epiq.

**(g)** ***Assumption/Rejection of Leases and Contracts (Project Category Code B185)***

Total Fees: $5,531.50
Total Hours: 3.7

19. This category includes time spent by Goodwin in connection with, among other things, (i) analyzing certain intellectual property licenses in connection with the sale process; (ii) attending calls with counsel regarding certain intellectual property litigations and related license issues; and (iii) reviewing and revising the cure notice schedule in connection with the assumption

and assignment of contracts.

**(h)** ***<u>Other Contested Matters (Project Category Code B190)</u>***

Total Fees: $7,799.00
Total Hours: 4.2

20. This category includes time spent by Goodwin in connection with, among other things, (i) conferring with the Debtors' advisors regarding the ITS warehouse dispute; (ii) reviewing and providing comments on the emergency motion and supporting declaration relating to ITS; (iii) reviewing the ITS Warehouse Agreement and related correspondence; and (iv) reviewing emails and records in connection with the ITS dispute and coordinating with opposing counsel regarding resolution thereof.

**(i)** ***<u>Non-Working Travel (Project Category Code B195)</u>***

Total Fees: $7,875.00
Total Hours: 4.2

21. This category includes time billed at half rates for non-working travel by Goodwin attorneys in connection with travel to and from Wilmington, Delaware for the first day hearing and the emergency hearing on Debtors' motion regarding ITS.

**(j)** ***<u>Business Operations (Project Category Code B210)</u>***

Total Fees: $20,657.00
Total Hours: 12.6

22. This category includes time spent by Goodwin in connection with, among other things, (i) participating in calls with the Debtors' advisors regarding operational matters; (ii) reviewing and providing comments on vendor FAQs, supplier letters, and related communications; (iii) advising on customs, tariff, and importing issues, including attending calls with the Debtors' advisors regarding the same; and (iv) reviewing and addressing insurance matters.

**(k)** ***Employee Benefits/Pensions (Project Category Code B220)***

Total Fees: $1,755.50
Total Hours: 1.2

23. This category includes time spent by Goodwin in connection with, among other things, (i) reviewing and revising termination notices and separation agreements for certain employees; (ii) reviewing transition agreements in connection with the Chapter 11 Cases; and (iii) researching certain state laws regarding certain employment related issues.

**(l)** ***DIP Financing/Cash Collateral (Project Category Code B230)***

Total Fees: $18,170.00
Total Hours: 10.4

24. This category includes time spent by Goodwin in connection with, among other things, (i) reviewing and negotiating the DIP budget and coordinating with the Debtors' advisors regarding the same; (ii) analyzing the perfection of the Debtors' subordinated notes; (iii) reviewing and negotiating multiple revised drafts of the proposed final DIP order and DIP term sheet with the Committee and the DIP Lenders; and (iv) reviewing and analyzing the Committee's DIP issues list and coordinating with co-counsel and the DIP lenders regarding the same.

**(m)** ***Board of Directors Matters (Project Category Code B260)***

Total Fees: $9,572.00
Total Hours: 6.0

25. This category includes time spent by Goodwin in connection with, among other things, (i) attending Board of Directors (the "Board") calls and meetings, including presenting updates on the sale process and chapter 11 workstreams; (ii) drafting, revising, and finalizing Board minutes and written consents; and (iii) corresponding with the Board regarding various matters arising in the Chapter 11 Cases.

**(n)** ***Reporting/Schedules and Statements (Project Category Code B270)***

Total Fees: $299.00
Total Hours: 0.2

26. This category includes time spent by Goodwin in connection with working with co-counsel to prepare the Debtors' schedules of assets and liabilities and statements of financial affairs.

**(o)** ***Plan and Disclosure Statement (including Business Plan) (Project Category Code B320)***

Total Fees: $375.00
Total Hours: 0.2

27. This category includes time spent by Goodwin in connection with, among other things, correspondence with the Board and the Debtors' advisors regarding potential chapter 11 plan pathways.

**(p)** ***Investigations (Project Category Code B330)***

Total Fees: $102,784.00
Total Hours: 60.2

28. This category includes time spent by Goodwin in connection with, among other things, (i) analyzing key documents and analyses regarding the Debtors' prepetition related party transactions, (ii) performing legal research in connection with the analysis of potential estate causes of action, (iii) preparing and drafting discovery requests; negotiating parameters regarding discovery production; reviewing discovery responses and productions; and drafting and negotiating a protective order, and (iv) coordinating with the Debtors and the Committee regarding investigation issues.

**Valuation of Services**

29. Attorneys and paraprofessionals of Goodwin have expended a total of 215.5

hours in connection with these Chapter 11 Cases during the Compensation Period, as follows:

| **Timekeeper Name** | **Position (Year of Bar Admission)** | **Area(s) of Practice** | **Fees Billed in this Fee Application** | **Hours Billed in this Fee Application** | **Hourly Rate Billed In this Fee Application** |
|---|---|---|---|---|---|
| Bazian, Barry | Partner (2013) | Financial Restructuring | 51.8 | $97,125.00 | $1,875.00 |
| Burke, Jacquelyn | Partner (2007) | Complex Litigation & Dispute Resolution | 0.4 | $690.00 | $1,725.00 |
| Dasaro, Stacy | Partner (2014) | Financial Restructuring | 49.9 | $86,077.50 | $1,725.00 |
| Holahan, Timothy | Partner (2008) | Labor & Employment | 0.3 | $547.50 | $1,825.00 |
| Jarashow, Kizzy | Partner (2008) | Financial Restructuring | 27.2 | $51,000.00 | $1,875.00 |
| Cunningham, Nate W | Counsel (2012) | Business Law Department | 0.9 | $1,485.00 | $1,650.00 |
| Mukherjee, Brian | Counsel (2000) | Complex Litigation & Dispute Resolution | 3.5 | $5,337.50 | $1,525.00 |
| Skorostensky, Artem | Associate (2017) | Financial Restructuring | 59.0 | $88,205.00 | $1,495.00 |
| Koss, Amy M. | Associate (2023) | Complex Litigation & Dispute Resolution | 0.7 | $910.00 | $1,300.00 |
| Mitnick, Meredith | Associate (2020) | Financial Restructuring | 21.3 | $27,690.00 | $1,300.00 |
| Faikes, Michael | Associate (2023) | Labor & Employment | 0.5 | $610.00 | $1,220.00 |
| | | **TOTALS:** | **215.5** | **$359,677.50** | |
| | | | | **BLENDED RATE** | **$1,669.04** |

30. The nature of the work performed by these persons is fully set forth in **<u>Exhibit A</u>** attached hereto. The hourly rates at which the Goodwin attorneys billed are Goodwin's normal hourly rates for work of this character. The reasonable value of the services rendered by Goodwin

to the Debtors during the Compensation Period is $359,677.50.

31. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, Goodwin respectfully submits that the professional services provided by Goodwin on behalf of the Debtors during these Chapter 11 Cases were necessary and appropriate given the complexity of these Chapter 11 Cases, the time expended by Goodwin, the nature and extent of Goodwin's services provided, the value of Goodwin's services, and the cost of comparable services outside of bankruptcy. Moreover, Goodwin has reviewed the requirements of Local Rule 2016-1 and believes that this Application complies with that Rule. Accordingly, Goodwin respectfully submits that approval of the compensation sought herein is warranted and should be approved.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, Goodwin respectfully requests that the Court authorize that for the Compensation Period, an allowance be made to Goodwin pursuant to the terms of the Interim Compensation Order, with respect to the total sum of $359,677.50 as compensation for necessary professional services rendered, 80% of which equals $287,742.00 and the sum of $2,518.63 as reimbursement of actual necessary costs and expenses, for a total sum of $362,196.13 and that such sum be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: July 14, 2026

**GOODWIN PROCTER LLP**

*/s/ Kizzy L. Jarashow*
Kizzy L. Jarashow (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 813-8800
Facsimile: (212) 355-3333
Email: kjarashow@goodwinlaw.com

*Counsel to the Debtors and Debtors in Possession*

**CERTIFICATION PURSUANT TO DEL. BANKR. LR 2016-1(g)**

Kizzy L. Jarashow hereby certifies:

a) I am a partner at the applicant law firm Goodwin Procter LLP, and have been admitted *pro hac vice* to appear before this Court.

b) I am familiar with the work performed on behalf of the Debtors by the lawyers, paraprofessionals and other professionals of Goodwin Procter LLP.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-1 and the Interim Compensation Order, and submit that the Application substantially complies with such Rule and Order.

Dated: July 14, 2026

*/s/ Kizzy L. Jarashow*
Kizzy L. Jarashow (admitted *pro hac vice*)