**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Simply Interior Homes, LLC, *et al.*,[1] | : | Case No. 26-10922 (CTG) |
| Debtors. | : | (Jointly Administered) |
| | : | **Objection Deadline: August 5, 2026 at 4:00 p.m. (ET)** |

**SUMMARY OF FIRST MONTHLY APPLICATION OF POTTER ANDERSON & CORROON LLP FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD JUNE 8, 2026 THROUGH JUNE 30, 2026**

| | |
|---|---|
| Name of Applicant: | Potter Anderson & Corroon LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | June 30, 2026 effective as of June 8, 2026 |
| Period for which compensation and reimbursement are sought: | June 8, 2026 through June 30, 2026 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $380,937.20 (80% of $476,171.50) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $13,842.01 |

This is a(n): _X_ monthly ____ interim ____ final application

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730.

Previously Filed Applications: N/A

| **Date Filed** | **Period Covered** | **Requested Fees** | **Requested Expenses** | **Approved Fees (80%)** | **Approved Expenses (100%)** |
|---|---|---|---|---|---|
| | | | | | |

**COMPENSATION BY PROFESSIONAL**
**JUNE 8, 2026 THROUGH JUNE 30, 2026**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brian C. Ralston | Joined firm as an Associate in 1998. Partner in 2007. Member of DE Bar since 1998. | $1,650 | 12.9 | $21,285.00 |
| L. Katherine Good | Joined firm as Partner in 2019. Member of PA Bar since 2007. Member of DE Bar since 2008 | $1,100 | 60.9 | $66,990.00 |
| Laura G. Readinger | Joined firm as eDiscovery Counsel in 2020. Partner in 2024. Member of OH and NY Bars since 2008. Member of PA Bar since 2011. Member of DE Bar since 2016 | $1,200 | 3.1 | $3,720.00 |
| Brett M. Haywood | Joined firm as Counsel in 2023. Partner in 2026. Member of MA Bar since 2014. Member of DE Bar since 2015. | $890 | 124.6 | $110,894.00 |
| Gregory J. Flasser | Joined firm as an Associate in 2023. Member of DE and NJ Bars since 2015. | $785 | 66.7 | $52,359.50 |
| James R. Risener III | Joined firm as an Associate in 2023. Member of GA Bar since 2020. Member of the DE Bar since 2024. | $665 | 111.8 | $74,347.00 |
| Sameen Rizvi | Joined firm as an Associate in 2020. Member of DE Bar since 2020. | $615 | 40.8 | $25,092.00 |
| Halley S. Dannemiller | Joined firm as an Associate in 2025. Member of DE Bar since 2025. | $515 | 52.1 | $26,831.50 |
| Sheridan T. Hill, II | Joined firm as an Associate in 2025. Member of DE Bar since 2025. | $515 | 110.9 | 57,113.50 |
| Wenting Wu | Joined firm as an Associated in 2025. Member of DE Bar since 2025 | $515 | 4.5 | $2,317.50 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Melissa L. Romano | Joined firm as a Paralegal in 2023. Paralegal since 2003. | $405 | 73.3 | $29,686.50 |
| Kristin A. McCloskey | Joined firm as a Paralegal in 2023. Paralegal since 2004. | $405 | 4.5 | $1,822.50 |
| Theresa A. Mistretta | Joined firm as a Paralegal in 2023. Paralegal since 2017. | $375 | 9.9 | $3,712.50 |
| **TOTAL** | | | **676.0** | **$476,171.50** |
| | | **Grand Total** | | **$476,171.50** |
| | | **Attorney Compensation** | | **$440,950.00** |
| | | **Total Attorney Hours** | | **588.3** |
| | | **Blended Attorney Rate** | | **$749.53** |

**COMPENSATION BY PROJECT CATEGORY**
**JUNE 8, 2026 THROUGH JUNE 30, 2026**

| Project Category | Hours | Amount |
|---|---|---|
| Asset Analysis and Recovery (AA) | 31.7 | $22,129.00 |
| Asset Disposition/Use, Sale (SA) | 41.3 | $29,110.00 |
| Business Operations (BO) | 17.6 | $12,697.00 |
| Case Administration (CA) | 71.3 | $44,631.00 |
| Claims Administration and Objections (PC) | 26.0 | $16,397.50 |
| Court Appearances/Communications/Hearings (CH) | 104.3 | $67,463.00 |
| Creditor Inquiries (CI) | 1.7 | $1,015.00 |
| Employee Matters (EB) | 0.7 | $383.50 |
| Employment Applications/Objections (EA) | 48.9 | $29,775.00 |
| Executory Contracts and Leases (EC) | 14.4 | $9,572.50 |
| Financing/Cash Collateral/DIP (CR) | 37.5 | $32,057.50 |
| Litigation/Adversary Proceedings (AP) | 75.9 | $53,516.50 |
| Meetings (MC) | 41.4 | $31,146.50 |
| Plan and Disclosure Statement (PL) | 4.7 | $2,890.50 |
| Relief from Stay Proceedings (MR) | 100.3 | $81,677.50 |
| Schedules & Statements/MORs/UST Reporting (SS) | 55.2 | $39,018.00 |
| Tax Issues/Corporate Matters (MA) | 3.1 | $2,691.50 |
| | | |
| **TOTAL** | **676.0** | **$476,171.50** |

**EXPENSE CATEGORY**
**JUNE 8, 2026 THROUGH JUNE 30, 2026**

| Expense Category | Amount |
|---|---|
| Miscellaneous Court Costs – District Court Fees | $200.00 |
| Court Reporter Transcript (Reliable) | $604.05 |
| Working Meals | $312.96 |
| Daily Runner Services (Parcels) | $15.00 |
| Bankruptcy Court Fees | $12,365.00 |
| Parcels – Special Delivery | $345.00 |
| | |
| **TOTAL** | **$13,842.01** |

| BUSINESS MEAL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **Meal & Number of People** | **Description** | **Amount** |
| 6/8/26 | Casa Nonna | Lunch for 5 | 6/9 First Day Hearing preparations | $83.00 |
| 6/18/26 | Casa Nonna | Lunch for 1 | 6/18 hearing prep (K. Jarashow) | $14.00 |
| 6/23/26 | Bob Evans | Breakfast for 7 | 6/23 bid procedures hearing prep including delivery | $215.96 |
| **TOTAL** | | | | **$312.96** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Simply Interior Homes, LLC, *et al.*,[1] | : | Case No. 26-10922 (CTG) |
| Debtors. | : | (Jointly Administered) |
| | : | **Objection Deadline: August 5, 2026 at 4:00 p.m. (ET)** |

**FIRST MONTHLY APPLICATION OF POTTER ANDERSON & CORROON LLP FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD JUNE 8, 2026 THROUGH JUNE 30, 2026**

Pursuant to Sections 330 and 331 of title 11 of the United States Code, §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and in accordance with that certain *Order Authorizing the Debtors to Retain and Employ Potter Anderson & Corroon LLP as Co-Counsel to the Debtors and Debtors in Possession Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, Effective as of the Petition Date* [Docket No. 165] (the "Retention Order") and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 164] (the "Interim Compensation Order"), Potter Anderson & Corroon LLP ("Potter Anderson") hereby applies ("this "Application") to the United States Bankruptcy

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730.

Court for the District of Delaware (the "Court") for reasonable compensation for professional legal services rendered as co-counsel to the above captioned debtors and debtors in possession (collectively, the "Debtors") in the amount of $476,171.50, together with reimbursement for actual and necessary expenses incurred in the amount of $13,842.01, for the period June 8, 2026 through June 30, 2026 (the "Monthly Fee Period"). In support of this Application, Potter Anderson respectfully represents as follows:

## BACKGROUND

1. On June 8, 2026 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code (these "Chapter 11 Cases"). The Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these Chapter 11Cases.

2. On June 18, 2026, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Official Committee of Unsecured Creditors (the "Committee"), consisting of the following five members: (i) Shanghai Chanco Enterprise Development Co., Ltd.; (ii) Osaley Home Fashions Co., Ltd.; (iii) United Linens Ltd.; (iv) Jiangsu Skymade Textile Technology Co., Ltd.; and (v) Faze Three Ltd. *See* Docket No. 93.

3. Potter Anderson was retained effective as of the Petition Date by the Retention Order, dated June 30, 2026. *See* Docket No. 165. The Retention Order authorized Potter Anderson to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## SUMMARY OF SERVICES RENDERED

4. Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Monthly Fee Period, showing the amount of $476,171.50 due for fees.

5. The services rendered by Potter Anderson during the Monthly Fee Period are grouped into the categories set forth in **Exhibit A**. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

**ACTUAL AND NECESSARY EXPENSES**

6. Potter Anderson has incurred out-of-pocket expenses during the Monthly Fee Period in the amount of $13,842.01. Attached as **Exhibit B** is a detailed statement of expenses paid during the Monthly Fee Period. This out-of-pocket disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by Potter Anderson to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. A complete review by category of the expenses incurred for the Monthly Fee Period may be found attached hereto as **Exhibit B**.

7. Costs incurred for overtime and computer assisted research are not included in Potter Anderson's normal hourly billing rates and, therefore, are itemized and included in Potter Anderson's disbursements. Pursuant to Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Potter Anderson represents that its rate for duplication is $0.10 per page for black and white copies and $.80 per page for color copies, its rate for outgoing telecopier transmissions is $0.25 per page (excluding related long

distance transmission charges), there is no charge for incoming telecopier transmissions, and there is no surcharge for computerized research.

**VALUATION OF SERVICES**

8. Attorneys and paraprofessionals of Potter Anderson have expended a total of 676.0 hours in connection with this matter during the Monthly Fee Period.

9. The nature of the work performed and the amount of time spent by each of these persons providing services to the Debtors for the Monthly Fee Period is fully set forth in the detail attached hereto as **Exhibit A**. These are Potter Anderson's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by Potter Anderson for the Monthly Fee Period as co-counsel for the Debtors in these cases is $476,171.50.

10. Potter Anderson believes that the time entries included in **Exhibit A**, attached hereto, and the expense breakdown set forth in **Exhibit B**, attached hereto, are in compliance with the requirements of Local Rule 2016-1.

11. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12. This Application covers the fee period from June 8, 2026 through and including June 30, 2026. Potter Anderson has continued, and will continue, to perform additional necessary services for the Debtors subsequent to the Monthly Fee Period, for which Potter Anderson will file subsequent monthly fee applications.

**CONCLUSION**

WHEREFORE, Potter Anderson respectfully requests allowance be made to it in the sum of $476,171.50 as compensation for necessary professional services rendered to the Debtors for the Monthly Fee Period, and the sum of $13,842.01 as reimbursement of actual necessary costs and expenses incurred during that period, and requests such other and further relief as the Court may deem just and proper.

Dated: July 22, 2026
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ Brett M. Haywood*

L. Katherine Good (No. 5101)
Brett M. Haywood (No. 6166)
James R. Risener III (No. 7334)
Sheridan T. Hill, II (No. 7605)
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Tel: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
bhaywood@potteranderson.com
jrisener@potteranderson.com
shill@potteranderson.com

*Counsel for Debtors and Debtors in Possession*

**VERIFICATION**

I, Brett M. Haywood, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following statements are true and correct to the best of my knowledge and based on the information and records available to me:

a) I am a Partner with the applicant firm, Potter Anderson & Corroon LLP and have been admitted to appear before this Court.

b) I am familiar with the work performed on behalf of the Debtors by the professionals in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-1, and submit that the Application substantially complies with such rule.

/s/ *Brett M. Haywood*
Brett M. Haywood (No. 6166)