**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Simply Interior Homes, LLC, *et al.*,[1] | Case No. 26-10922 (CTG) |
| Debtors. | (Jointly Administered) |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR**
**HEARING ON JULY 27, 2026 AT 1:30 P.M. (ET)**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession

(the "Debtors"), hereby submit this witness and exhibit list (the "Witness and Exhibit List") for

the hearing scheduled for July 27, 2026, at 1:30 p.m. (ET) (the "Hearing") before the Honorable

Craig T. Goldblatt, United States Bankruptcy Court for the District of Delaware, 824 N. Market

Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801, in connection with the *Debtors'*

*Motion for Entry of an Order (I) Authorizing the Debtors to Abandon Certain Kate Spade Goods*

*that Remain in Possession of Laufer Group International LLC, and (II) Granting Related Relief*

[Docket No. 247] (the "Motion") scheduled to go forward at the Hearing.

**WITNESSES**

The Debtors do not intend to call witnesses at the Hearing.

**EXHIBITS**

The Debtors designate the following exhibits that may be used at the Hearing in connection

with the matters to be heard:

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include:  Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835).  The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730.

| Exhibit No. | Description | Docket No. / Bates No. / Other Identifier |
|---|---|---|
| 1. | Interim DIP Budget | Docket No. 58-1 |
| 2. | DIP Term Sheet | Docket No. 58-2 |
| 3. | *Declaration of Daniel Sobel in Support of the Debtors' Reply to Objection of Live Comfortably, LLC to the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon Certain Kate Spade Goods That Remain in Possession of Laufer Group International, LLC, and (II) Granting Related Relief* | Docket No. 279 |
| 4. | *Any other document or pleading filed in the above captioned cases* | -- |
| 5. | *Any exhibit necessary for impeachment or rebuttal purposes* | -- |
| 6. | *Any exhibit identified or offered by any other party* | -- |

**RESERVATION OF RIGHTS**

The Debtors reserve all rights, including but not limited to the right to amend, revise, supplement, or withdraw this Witness and Exhibit List at any time, to designate additional witnesses and exhibits, to call or cross examine any person identified as a witness by any other party in interest or introduce any document identified as an exhibit by any other party in interest, to add deposition designations, and to offer additional witnesses and exhibits at the Hearing for purposes of impeachment or rebuttal, in response to witnesses and evidence offered by any other party, and for any other permissible purpose under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. The Debtors also reserve the right to amend this Witness and Exhibit List at any time prior to the close of the Hearing, including, without limitation, in the event of the filing of any objections, responses, replies, supplemental declarations, or other filings in connection with the Hearing.

[*Signature Page Follows*]

2

Dated: July 23, 2026
      Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ James R. Risener III*
L. Katherine Good (No. 5101)
Brett M. Haywood (No. 6166)
James R. Risener III (No. 7334)
Halley S. Dannemiller (No. 7562)
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Tel: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
      bhaywood@potteranderson.com
      jrisener@potteranderson.com
      hdannemiller@potteranderson.com

- and -

**GOODWIN PROCTER LLP**
Kizzy L. Jarashow (admitted *pro hac vice*)
Barry Z. Bazian (admitted *pro hac vice*)
Stacy Dasaro (admitted *pro hac vice*)
Artem Skorostensky (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel: (212) 813-8800
Facsimile: (212) 355-3333
Email: kjarashow@goodwinlaw.com
bbazian@goodwinlaw.com
sdasaro@goodwinlaw.com
askorostensky@goodwinlaw.com

*Counsel for Debtor and Debtor in Possession*

3

13066638v.2