**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - -- - - - - - - - - - - - - - - - -   x
                                                         :
In re:                                          :   Chapter 11
                                                         :
Simply Interior Homes, LLC, *et al.*,[1]        :   Case No. 26-10922 (CTG)
                                                         :
                    Debtors.                    :   (Jointly Administered)
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - -    x

**AMENDED[2] NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JULY 27, 2026 AT 1:30 P.M. (ET)[3]**

---

**AS THERE ARE NO MATTERS GOING FORWARD, THIS HEARING**
**HAS BEEN CANCELLED WITH PERMISSION BY THE COURT.**

---

*RESOLVED MATTERS***:**

1.  Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of June 19, 2026 [Docket No. 217 – July 6, 2026]

    Response/Objection Deadline:                    July 20, 2026 at 4:00 p.m. (ET)

    Responses/Objections Received:                  None.

    Related Documents:

        A.  Notice of Applications [Docket No. 220 – July 6, 2026]

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include:  Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835).  The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730.

[2]   **Amended items appear in bold.**

[3]   All motions and other pleadings referenced herein are available online at the following address: https://dm.epiq11.com/SimplyInterior.

13067590v.2

B. Certification of No Objection Regarding Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors [Docket No. 267 – July 21, 2026]

**C. Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of June 19, 2026 [Docket No. 283 – July 23, 2026]**

Status:  **An order has been entered.  No hearing is necessary.**

2. Application of the Official Committee of Unsecured Creditors of Simply Interior Homes, LLC *et al.,* for Entry of an Order Authorizing and Approving the Employment and Retention of Foresight Restructuring LLC as Co-Financial Advisor Effective as of June 19, 2026 [Docket No. 218 – July 6, 2026]

Response/Objection Deadline:                          July 20, 2026 at 4:00 p.m. (ET)

Responses/Objections Received:                       None.

Related Documents:

A. Notice of Applications [Docket No. 220 – July 6, 2026]

B. Certification of No Objection Regarding Application of the Official Committee of Unsecured Creditors of Simply Interior Homes, LLC *et al*., for Entry of an Order Authorizing and Approving the Employment and Retention of Foresight Restructuring LLC as Co-Financial Advisor Effective as of June 19, 2026 [Docket No. 268 – July 21, 2026]

**C. Order Authorizing and Approving the Retention of Foresight Restructuring LLC as Financial Advisor to the Official Committee of Unsecured Creditors of Simply Interior Homes, LLC *et al.,* Effective as of June 19, 2026 [Docket No. 284 – July 23, 2026]**

Status:  **An order has been entered.  No hearing is necessary.**

3. Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Dundon Advisors LLC as Co-Financial Advisor to the Official Committee of Unsecured Creditors, Effective as of June 19, 2026 [Docket No. 219 – July 6, 2026]

Response/Objection Deadline:                          July 20, 2026 at 4:00 p.m. (ET)

Responses/Objections Received:                       None.

Related Documents:

13067590v.2

A.  Notice of Applications [Docket No. 220 – July 6, 2026]

B.  Certification of No Objection Regarding Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Dundon Advisors LLC as Co-Financial Advisor to the Official Committee of Unsecured Creditors, Effective as of June 19, 2026 [Docket No. 269 – July 21, 2026]

**C.  Order Authorizing and Approving the Employment and Retention of Dundon Advisors LLC as Co-Financial Advisor to the Official Committee of Unsecured Creditors, Effective as of June 19, 2026 [Docket No. 285 – July 23, 2026]**

Status:  **An order has been entered.  No hearing is necessary.**

## MATTER GOING FORWARD:

4.  Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon Certain Kate Spade Goods that Remain in Possession of Laufer Group International, LLC, and (II) Granting Related Relief [Docket No. 247 – July 13, 2026]

Response/Objection Deadline:                    July 20, 2026 at 4:00 p.m. (ET)

Responses/Objections Received:

A.  Objection of Live Comfortably, LLC to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon Certain Kate Spade Goods that Remain in Possession of Laufer Group International, LLC, and (II) Granting Related Relief [Docket No. 260 – July 20, 2026]

Related Documents:

B.  Debtors' Reply to Objection of Live Comfortably, LLC to the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon Certain Kate Spade Goods that Remain in Possession of Laufer Group International, LLC, and (II) Granting Related Relief [Docket No. 278 – July 22, 2026]

C.  Declaration of Daniel Sobel in Support of the Debtors' Reply to Objection of Live Comfortably, LLC to the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon Certain Kate Spade Goods that Remain in Possession of Laufer Group International, LLC, and (II) Granting Related Relief [Docket No. 279 – July 22, 2026]

D.  Debtors' Witness and Exhibit List for Hearing on July 27, 2026 at 1:30 P.M. (ET) [Docket No. 281 – July 23, 2026]

**E.  Notice of Filing of Proposed Order Resolving the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon Certain Kate Spade**

13067590v.2

Goods that Remain in Possession of Laufer Group International LLC, and (II) Granting Related Relief [Docket No. 290 – July 27, 2026]

F.  Certification of Counsel Regarding Debtors Motion for Entry of an Order (I) Authorizing the Debtors to Abandon Certain Kate Spade Goods that Remain in Possession of Laufer Group International, LLC, and (II) Granting Related Relief [Docket No. 291– July 27, 2026]

Status: A certification of counsel with revised order has been filed.  No hearing is necessary.

Dated:  July 27, 2026
Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

/s/ James R. Risener III
L. Katherine Good (No. 5101)
Brett M. Haywood (No. 6166)
James R. Risener III (No. 7334)
Halley S. Dannemiller (No. 7562)
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Tel: (302) 984-6000
Facsimile: (302) 658-1192
Email:  kgood@potteranderson.com
        bhaywood@potteranderson.com
        jrisener@potteranderson.com
        hdannemiller@potteranderson.com

– and –

GOODWIN PROCTER LLP
Kizzy L. Jarashow (admitted *pro hac vice*)
Barry Z. Bazian (admitted *pro hac vice*)
Stacy Dasaro (admitted *pro hac vice*)
Artem Skorostensky (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel: (212) 813-8800
Facsimile: (212) 355-3333
Email:  kjarashow@goodwinlaw.com
        bbazian@goodwinlaw.com
        sdasaro@goodwinlaw.com
        askorostensky@goodwinlaw.com

*Counsel for Debtors and Debtors in Possession*

4

13067590v.2