**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Simply Interior Homes, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10922 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed.**<br>**Objection Deadline: August 14, 2026 at 4:00 p.m. ET** |

**FIRST MONTHLY APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JUNE 19, 2026 THROUGH JUNE 30, 2026**

| | |
|---|---|
| **Name of Applicant:** | Lowenstein Sandler LLP |
| **Authorized to provide professional services to:** | The Official Committee of Unsecured Creditors |
| **Date of Retention:** | July 22, 2025 effective as of June 19, 2026 |
| **Period for which compensation and reimbursement is sought:** | June 19, 2026 through June 30, 2026 |
| **Amount of Compensation sought as actual, reasonable and necessary:** | $106,254.00 (80% of $137,817.50) |
| **Amount of Expense Reimbursement sought as actual, reasonable and necessary:** | $150.00 |

This is a(n): ☑ Monthly ☐ Interim ☐ Final application

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730.

## PRIOR APPLICATION HISTORY

| | | Requested | | Monthly Statements | | Certificate of No Objection / Signed Order |
|---|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees 100%** | **Expenses** | **Fees 80%** | **Expenses** | |
| **NO PREVIOUS APPLICATIONS** | | | | | | |

## SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM JUNE 19, 2026 THROUGH JUNE 30, 2026

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Cohen, Jeffrey | 2000 | Partner/Bankruptcy | 13.10 | $1,725.00 | $22,597.50 |
| Finizio, Gianfranco | 2010 | Partner/Bankruptcy | 27.50 | $1,305.00 | $35,887.50 |
| Katona, Shanti M. | 2007 | Partner/Bankruptcy | 22.20 | $1,260.00 | $27,972.00 |
| Dernbach, Christopher | 2021 | Associate/Litigation | 0.90 | $960.00 | $864.00 |
| Devanney, Katherine | 2017 | Associate/Bankruptcy | 11.50 | $945.00 | $10,867.50 |
| DiPietro, Michael V. | 2022 | Associate/Bankruptcy | 29.00 | $945.00 | $27,405.00 |
| Seltzer, Eric James | 2022 | Associate/Bankruptcy | 3.20 | $945.00 | $3,024.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 10.00 | $420.00 | $4,200.00 |
| **TOTAL FEES** | | | **117.40** | | **$132,817.50** |
| **Attorney Blended Rate** | | | | | **$1,197.56** |

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD OF JUNE 19, 2026 THROUGH JUNE 30, 2026

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 21.50 | $21,148.50 |
| B120A | Investigation of Prepetition Lenders | 0.40 | $168.00 |
| B130 | Asset Disposition | 19.20 | $23,652.00 |
| B150 | Meetings of and Communication with Creditors | 16.10 | $19,566.00 |
| B160 | Fee/Employment Applications | 6.90 | $4,561.50 |
| B165 | Employment and Retention Applications - Others | 7.80 | $8,935.50 |

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B175 | Fee Applications and Invoices - Others | 0.40 | $378.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 3.30 | $4,225.50 |
| B210 | Business Operations | 0.40 | $504.00 |
| B220 | Employee Benefits/Pensions | 1.20 | $1,134.00 |
| B230 | Financing/Cash Collateral | 29.50 | $35,368.50 |
| B240 | Tax Issues | 0.80 | $756.00 |
| B310 | Claims Administration and Objections | 2.60 | $2,979.00 |
| B430 | Adversary Proceedings and Bankruptcy Court Litigation | 6.30 | $8,496.00 |
| B460 | Other - Insurance Matters | 1.00 | $945.00 |
| | **Total** | **117.40** | **$132,817.50** |

## EXPENSE SUMMARY FOR THE PERIOD OF JUNE 19, 2026 THROUGH JUNE 30, 2026

| Category | Amount |
|---|---|
| Filing fees | $150.00 |
| **Total Disbursements** | **$150.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Simply Interior Homes, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10922 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed.**<br>**Objection Deadline: August 14, 2026 at 4:00 p.m. ET** |

**FIRST MONTHLY APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JUNE 19, 2026 THROUGH JUNE 30, 2026**

Pursuant to title 11 sections 330 and 331 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2017 of the Federal Rules of Bankruptcy Procedure, and the Interim Compensation Order (defined below), Lowenstein Sandler LLP ("Lowenstein Sandler"), as counsel to the Official Committee of Unsecured Creditors (the "Committee"), appointed in the chapter 11 cases of Simply Interior Homes, LLC, *et al.*, the above captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits its first monthly application (the "Application") for allowance of compensation and reimbursement of expenses for the period of June 19, 2026 through June 30, 2026 (the "Fee Period"). By this Application, Lowenstein Sandler seeks a monthly allowance of compensation in the amount of $ $132,817.50, payment of $106,254.00 (80% of the allowed fees) for the Fee Period, and expense reimbursement in the amount of $150.00. In support of this Application, Lowenstein Sandler respectfully states as follows:

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730

**BACKGROUND**

1. On June 8, 2026 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court") commencing these cases (the "Chapter 11 Cases"). No trustee or examiner has been appointed in the Chapter 11 Cases.

2. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to manage their properties and operate their businesses as debtors in possession.

3. On June 18, 2026, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code. [Docket No. 93].

4. On June 19, 2026, the Committee selected Lowenstein Sandler to serve as its counsel, and Dundon Advisers, LLC ("Dundon") and Foresight Restructuring LLC ("Foresight") to serve as its financial advisors in the Chapter 11 Cases.

5. On June 30, 2026, the Court entered the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (II) Granting Related Relief* (the "Interim Compensation Order") [Docket No. 164].

6. On July 23, 2026, the Court entered the *Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors effective as of June 19, 2026* ("Retention Order") [Docket No. 283]. The Retention Order authorizes Lowenstein Sandler to be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court and the Interim Compensation Order.

7. Through this Application, Lowenstein Sandler seeks allowance of compensation for professional services rendered for, and on behalf of, the Committee during the Fee Period.

A detailed description of services rendered during the Fee Period is annexed hereto as **Exhibit “A”**. A schedule of disbursements incurred during the Fee Period is annexed hereto as **Exhibit “B”**.

8. During the Fee Period, Lowenstein Sandler spent time attending to the Debtors' sale process, including: (i) reviewing and analyzing the Debtors' motion to approve bidding procedures and preparing comments to the proposed bid procedures and order; (ii) reviewing the comments from other interested parties to the bidding procedures; (iii) monitoring stalking horse designation issues and conferring with the Dundon and Foresight teams regarding sale efforts, deadlines, and updates; and (iv) reviewing and analyzing the SB360 liquidation services motion and related consulting agreement and proposed order for the sale of certain assets.

9. In addition, Lowenstein Sandler spent time attending to the Debtors' proposed DIP financing, including: (i) drafting and revising an extensive DIP issues list addressing the DIP term sheet, DIP Credit Agreement, and related budget; (ii) reviewing and commenting on multiple versions of the interim and proposed final DIP orders and negotiating modifications with the Debtors' and Lenders' counsel; (iii) participating in multiple calls and emails regarding DIP resolution and settlement; (iv) drafting and revising the Committee's reservation of rights regarding the DIP motion; and (v) reviewing and analyzing the Cash Management Motion and related final order.

10. Further, Lowenstein Sandler attended to a range of business and claims administration issues, including: (i) reviewing and analyzing the Debtors' Wage Motion and proposed final order regarding employee benefits; (ii) reviewing and analyzing the Debtors' Bar Date Motion, form bar date notices, and related final order; (iii) reviewing and analyzing the Debtors' Insurance Motion and related final order; (iv) reviewing and analyzing the Debtors'

Taxes Motion, proposed final order, and related tariff and refund issues; and (v) reviewing and analyzing the ITS motion, stipulation and proposed order.

11. Lowenstein Sandler also devoted time to discovery and litigation matters, including: (i) reviewing and revising the proposed protective order and confidentiality agreement; (ii) reviewing and preparing Rule 2004 notices and subpoenas directed at Centre Lane and Live Comfortably and discussing the same with the Debtors and a Committee member; and (iii) reviewing a preliminary 90-day payment analysis in connection with potential estate claims.

12. Finally, Lowenstein Sandler: (i) addressed initial organizational matters associated with establishing a functioning Committee, including, but not limited to, retention of itself, interviewing and retention of the Committee's financial advisors, and attending to confidentiality issues and drafting the Committee bylaws; (ii) reviewed and analyzed the Debtors' retention applications and orders; and (iii) communicated with the members of the Committee, by telephone and e-mail, to discuss the Debtors' business operations, chapter 11 strategies, and all of the above matters. Lowenstein Sandler has rendered professional services as counsel to the Committee as requested and as necessary and appropriate in furtherance of the Committee's duties and functions in these Chapter 11 Cases.

13. Annexed hereto as **Exhibit "C"**, and made part hereof, is a Certification of Jeffrey L. Cohen, Esq., a partner of Lowenstein Sandler, submitted pursuant to section 504 of the Bankruptcy Code.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

14. The services rendered by Lowenstein Sandler during the Fee Period are grouped into the categories set forth in **Exhibit "A"**. The attorneys and paralegals that rendered services

relating to each category, along with the number of hours for each individual and the total compensation sought for each category, are also listed in the attachments hereto.

## DISBURSEMENTS

15. Lowenstein Sandler incurred reasonable and necessary out-of-pocket expenses in the sum of $150.00 in connection with rendering legal services to the Committee during the Fee Period. A description of the expenses is set forth in **Exhibit "B"**. The disbursements are itemized in the annexed schedule. These disbursements were necessary to effectively render legal services in these Chapter 11 Cases.

16. During the course of these Chapter 11 Cases, Lowenstein Sandler has incurred and paid its actual and necessary disbursements and expenses.

## VALUATION OF SERVICES & RELIEF REQUESTED

17. Attorneys and paraprofessionals employed by Lowenstein Sandler have expended a total of 117.40 hours in connection with this matter during the Fee Period detailed below.

18. The nature of the work performed by these persons is fully set forth in the detail attached hereto as **Exhibit "A"**. The hourly rates set forth on page 2 above are Lowenstein Sandler's current hourly rates for work of this nature. The reasonable value of the services rendered by Lowenstein Sandler for the Fee Period as counsel to the Committee is $132,817.50.

19. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the cost of comparable services other than in a case under this title.

20. This is Lowenstein Sandler's first monthly application pursuant to the Interim Compensation Order. Lowenstein Sandler has received no payment and no promises for

payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases, and there is no agreement or understanding between Lowenstein Sandler and any other person, other than members of Lowenstein Sandler, for the sharing of compensation to be received for services rendered in these cases. No prior application has been made to this or any other Court for this Fee Period or for the allowance of fees and disbursements sought herein.

21. This Application covers the period of June 19, 2026 through June 30, 2026. Lowenstein Sandler has and will continue to perform additional necessary services subsequent to June 30, 2026, for which Lowenstein Sandler will file subsequent fee applications.

**WHEREFORE**, Lowenstein Sandler respectfully requests the Court grant the Application and allow Lowenstein Sandler's monthly fees in the amount of $132,817.50, less a twenty percent (20%) holdback in the amount of $26,563.50, for a total fee request in the amount of $106,254.00, for professional services rendered to, and on behalf of, the Committee during the Fee Period, plus reimbursement of its actual, reasonable, and necessary expenses incurred in connection with services rendered during the Fee Period in the sum of $150.00, and that it be granted such other and further relief as the Court may deem just and proper.

Dated: July 31, 2026
Wilmington, DE

**LOWENSTEIN SANDLER LLP**

*/s/ Shanti M. Katona*

Shanti M. Katona (No. 5352)
Michael V. DiPietro (No. 6781)
1000 N West Street
Suite 1200
Wilmington, DE 19801
(973) 597-2500
skatona@lowenstein.com
mdipietro@lowenstein.com

-and-

Jeffrey L. Cohen (admitted *pro hac vice*)
Gianfranco Finizio (admitted *pro hac vice*)
Eric Seltzer (admitted *pro hac vice*)
1251 Avenue of the Americas, 17th Floor
New York, NY 10020
(212) 262-6700
jcohen@lowenstein.com
gfinizio@lowenstein.com
eseltzer@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*