**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Simply Interior Homes, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10922 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed.**<br>**Objection Deadline: August 14, 2026 at 4:00 p.m. ET** |

**FIRST MONTHLY APPLICATION OF DUNDON ADVISERS LLC AS CO-FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JUNE 19, 2026 THROUGH JUNE 30, 2026**

| | |
|---|---|
| **Name of Applicant:** | Dundon Advisers LLC |
| **Authorized to provide professional services to:** | The Official Committee of Unsecured Creditors |
| **Date of Retention:** | July 23, 2026 effective as of June 19, 2026 |
| **Period for which compensation and reimbursement is sought:** | June 19, 2026 through June 30, 2026 |
| **Amount of Compensation sought as actual, reasonable and necessary:** | $42,466.80 (80% of $53,083.50) |
| **Amount of Expense Reimbursement sought as actual, reasonable and necessary:** | $0.00 |

This is a(n): ☑ Monthly ☐ Interim ☐ Final application

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730.

## PRIOR APPLICATION HISTORY

| | | Requested | | Monthly Statements | | Certificate of No Objection / Signed Order |
|---|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees 100% | Expenses | Fees 80% | Expenses | |
| NO PREVIOUS APPLICATIONS | | | | | | |

## SUMMARY OF PROFESSIONALS RENDERING SERVICES FROM JUNE 19, 2026 THROUGH JUNE 30, 2026

| Professional | Title | Hourly Rate | Billable Time | Billable Amount |
|---|---|---|---|---|
| Joshua Nahas | Managing Director | $960.00 | 17.20 | $16,512.00 |
| Gary Lipson | Senior Adviser | $960.00 | 0.80 | $768.00 |
| Christopher Podesfinski | Associate Director | $650.00 | 28.20 | $18,330.00 |
| Irene Byun | Senior Associate | $495.00 | 35.30 | $17,473.50 |
| **Total** | | | **81.50** | **$53,083.50** |

*Blended Rate: $651.33*

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD OF JUNE 19, 2026 THROUGH JUNE 30, 2026

| Project Category | Billable Time | Billable Amount |
|---|---|---|
| Business Analysis | 38.60 | $22,734.00 |
| Sales Process | 19.00 | $13,822.50 |
| Retention and Fee Applications | 9.60 | $6,116.00 |
| Committee Member/Professional Meetings & Communications | 5.70 | $4,139.00 |
| Investigations | 2.10 | $1,613.00 |
| Other First and Second Day Hearing/Order Matters | 2.10 | $1,365.00 |
| DIP, Exit and Other Financing | 1.40 | $1,251.00 |
| Case Administration | 1.50 | $975.00 |
| Other Professionals' Retention and Fee Applications | 1.20 | $780.00 |
| Claims Analysis | 0.30 | $288.00 |
| **Total** | **81.50** | **$53,083.50** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Simply Interior Homes, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10922 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed.**<br>**Objection Deadline: August 14, 2026 at 4:00 p.m. ET** |

**FIRST MONTHLY APPLICATION OF DUNDON ADVISERS LLC AS CO-FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JUNE 19, 2026 THROUGH JUNE 30, 2026**

Pursuant to title 11 sections 330 and 331 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2017 of the Federal Rules of Bankruptcy Procedure, and the Interim Compensation Order (defined below), Dundon Advisers LLC ("Dundon"), as co-financial advisor to the Official Committee of Unsecured Creditors (the "Committee"), appointed in the chapter 11 cases of Simply Interior Homes, LLC, *et al.*, the above captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits its first monthly application (the "Application") for allowance of compensation and reimbursement of expenses for the period of June 19, 2026 through June 30, 2026 (the "Fee Period"). By this Application, Dundon seeks a monthly allowance of compensation in the amount of $53,083.50, payment of $42,466.80 (80% of the allowed fees) for the Fee Period, and expense reimbursement in the amount of $0.00. In support of this Application, Dundon respectfully states as follows:

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730

**BACKGROUND**

1. On June 8, 2026 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court") commencing these cases (the "Chapter 11 Cases"). No trustee or examiner has been appointed in the Chapter 11 Cases.

2. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to manage their properties and operate their businesses as debtors in possession.

3. On June 18, 2026, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code. [Docket No. 93].

4. On June 19, 2026, the Committee selected Lowenstein Sandler to serve as its counsel, Dundon and Foresight Restructuring LLC ("Foresight") to serve as its co-financial advisors in the Chapter 11 Cases.

5. On June 30, 2026, the Court entered the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (II) Granting Related Relief* (the "Interim Compensation Order") [Docket No. 164].

6. On July 23, 2026, the Court entered the *Order Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Co-Financial Advisor to the Official Committee of Unsecured Creditors effective as of June 19, 2026* ("Retention Order") [Docket No. 285]. The Retention Order authorizes Dundon to be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court and the Interim Compensation Order.

7. Through this Application, Dundon seeks allowance of compensation for professional services rendered for, and on behalf of, the Committee during the Fee Period. A

detailed description of services rendered during the Fee Period is annexed hereto as **Exhibit "A"**.

8. During the Fee Period, Dundon spent time attending to the Debtors' sale and liquidation processes, including: (i) reviewing and analyzing the Debtors' motion to approve bidding procedures and preparing comments to the proposed bid procedures; (ii) reviewing and presenting comparable transactions for various types of asset liquidations; (iii) creating weekly update decks for the counsel and Committee regarding the sale and liquidation processes; (iv) reviewing and analyzing the SB360 liquidation services motion and related consulting agreement; and (v) holding multiple calls with the Debtors' sales agent and liquidator discussing marketing process updates and recoveries on liquidated inventory/accounts receivable.

9. In addition, Dundon spent time understanding the Debtors' business and operations, including: (i) creating a diligence request list; (ii) reviewing materials received to understand the Debtors' current and historical business and underlying asset values; (iii) holding multiple calls with the Debtors' financial advisor discussing business updates.

10. Finally, Dundon provided commentary on all first- and second-day motions, attended and presented at all Committee member meetings and was in constant communication with Lowenstein Sandler and Foresight providing case updates and discussing case strategy throughout the Fee Period. Dundon, in conjunction with Lowenstein, coordinated with Foresight throughout the Fee Period to ensure that there was no duplication of services.

11. Annexed hereto as **Exhibit "B"**, and made part hereof, is a Certification of Joshua Nahas, a managing Director of Dundon, submitted pursuant to section 504 of the Bankruptcy Code.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

12. The services rendered by Dundon during the Fee Period are grouped into the categories set forth in **Exhibit "A"**. The professionals that rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category, are also listed in the attachments hereto.

## VALUATION OF SERVICES & RELIEF REQUESTED

13. Professionals employed by Dundon have expended a total of 81.50 hours in connection with this matter during the Fee Period detailed below.

14. The nature of the work performed by these persons is fully set forth in the detail attached hereto as **Exhibit "A"**. The hourly rates set forth on page 2 above are Dundon's ordinary course hourly rates for work of this nature during the Fee Period. The reasonable value of the services rendered by Dundon for the Fee Period as financial advisor to the Committee is $53,083.50.

15. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the cost of comparable services other than in a case under this title.

16. This is Dundon's first monthly application pursuant to the Interim Compensation Order. Dundon has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases, and there is no agreement or understanding between Dundon and any other person, other than members of Dundon, for the sharing of compensation to be received for services rendered in these cases. No prior application has been made to this or any other Court for this Fee Period or for the allowance of fees and disbursements sought herein.

17. This Application covers the period of June 19, 2026 through June 30, 2026. Dundon has and will continue to perform additional necessary services subsequent to June 30, 2026, for which Dundon will file subsequent fee applications.

**WHEREFORE**, Dundon respectfully requests the Court grant the Application and allow Dundon's monthly fees in the amount of $53,083.50, less a twenty percent (20%) holdback in the amount of $10,616.70, for a total fee request in the amount of $42,466.80, for professional services rendered to, and on behalf of, the Committee during the Fee Period and that it be granted such other and further relief as the Court may deem just and proper.

Dated: July 31, 2026
New York, New York

**DUNDON ADVISERS LLC**

*_/s/ Joshua Nahas_*
565 Fifth Avenue
16th Floor
New York, New York 10017
(212) 859 - 2000
jn@dundon.com

*Co-Financial Advisor to the Official Committee of Unsecured Creditors*