**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Simply Interior Homes, LLC, *et al.*,[1] | : | Case No. 26-10922 (CTG) |
| Debtors. | : | (Jointly Administered) |
| | : | **Re: Docket No. 111 & 126** |

**NOTICE OF AUCTION RESULTS**

**PLEASE TAKE NOTICE** on June 23, 2026, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Debtors to Designate a Stalking Horse Bidder and to Provide Bid Protections, (III) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (IV) Approving Assumption and Assignment Procedures, (V) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof, and (VI) Granting Related Relief* [Docket No. 111] (the "Bidding Procedures Order")[2] which approved, among other things, certain bidding procedures (the "Bidding Procedures") in connection with the sale of substantially all of the assets of the above-captioned debtors and debtors in possession (the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that also on June 25, 2026, the Debtors filed the *Notice of Sale, Bidding Procedures, Auction, Sale Hearing and Other Deadlines Related Thereto* [Docket No. 126] which set forth the Auction date as July 30, 2026.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the aforementioned notice and the Bidding Procedures, on July 30, 2026, the Debtors commenced the Auction for the sale of substantially all of the Debtors' assets (the "Assets"). Upon conclusion thereof, the Debtors, in their reasonable business judgment and in consultation with the Consultation Parties, deemed the following parties Successful Bidders for the respective Assets, subject in each case to agreement on definitive documentation:[3]

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

[3] In the event of any conflict between the summary of terms provided herein and the finalized asset purchase agreements with the Successful Bidders or Backup Bidders, the finalized asset purchase agreements shall control. The Debtors shall file a copy of such finalized asset purchase agreements as promptly as possible.

| ASSETS | SUCCESSFUL BIDDER | SUCCESSFUL BID | BACKUP BIDDER | BACKUP BID |
|---|---|---|---|---|
| Debtors' intellectual property related to the Eclipse brand | YMF Carpets, Inc. d/b/a Creative Home Ideas ("YMF") | (i) An upfront cash payment of $2.3 million; and<br>(ii) a 2% royalty on net sales through December 31, 2029, including guaranteed minimum royalty payments totaling $600,000 payable in equal quarterly installments from 2027-2029, which the Debtors, in consultation with the Consultation Parties. valued together at $2,963,600 | S. Lichtenberg & Co., Inc. | (i) An upfront cash payment of $2.4 million; and<br>(ii) a 2% royalty on net sales through December 31, 2029, including guaranteed minimum royalty payments totaling $150,000 comprised of $50,000 installments payable each year from 2027-2029, which the Debtors valued together at $2,924,700 |
| Debtors' intellectual property related to the Hookless brand | Elegant Home Interiors Inc. ("EHI") | (i) An upfront cash payment of $100,000; and<br>(ii) a 3% royalty on net sales up to a cap of $900,000, including guaranteed minimum royalty payments of $100,000 each year from 2027-2029 (totaling $300,000), which the Debtors, in consultation with the Consultation Parties, valued together at $403,000 | N/A | N/A |
| Debtors' intellectual property related to the Historic Charleston brand | Beatrice Home Fashions, Inc. ("Beatrice," and together with YMF and EHI, the "Successful Bidders") | (i) Upfront cash payment of $40,000, which the Debtors, in consultation with the Consultation Parties, valued at $40,000 | N/A | N/A |

**PLEASE TAKE FURTHER NOTICE** that objections with respect to the conduct of the Auction, the Successful Bidder, the Backup Bidder, or the Sale to the Successful Bidder or the Backup Bidder must be made in writing and must state, with specificity, the legal and factual basis thereof, and be filed on or before **August 4, 2026, at 4:00 p.m. (prevailing Eastern Time)** and served on the Objection Notice Parties.

**PLEASE TAKE FURTHER NOTICE** a hearing to consider approval of the results of the Auction (the "Sale Hearing") shall take place on **August 10, 2026, at 2:00 p.m. (prevailing Eastern Time)**, before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, Wilmington, Delaware 19801. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing or on the Court's docket.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, the Bidding Procedures Order, and the Bidding Procedures may be obtained free of charge by visiting the Debtors' Case Website (https://dm.epiq11.com/case/simplyinterior/info).

[*Remainder of Page Left Intentionally Blank*]

Dated: July 31, 2026
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ James R. Risener III*
L. Katherine Good (No. 5101)
Brett M. Haywood (No. 6166)
James R. Risener III (No. 7334)
Halley S. Dannemiller (No. 7562)
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Tel: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
bhaywood@potteranderson.com
jrisener@potteranderson.com
hdannemiller@potteranderson.com

– and –

**GOODWIN PROCTER LLP**
Kizzy L. Jarashow (admitted *pro hac vice*)
Barry Z. Bazian (admitted *pro hac vice*)
Stacy Dasaro (admitted *pro hac vice*)
Artem Skorostensky (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel: (212) 813-8800
Facsimile: (212) 355-3333
Email: kjarashow@goodwinlaw.com
bbazian@goodwinlaw.com
sdasaro@goodwinlaw.com
askorostensky@goodwinlaw.com

*Counsel for Debtors and Debtors in Possession*