**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Simply Interior Homes, LLC, *et al.*,[1] | Case No. 26-10922 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF CHANGE IN HOURLY RATES OF LOWENSTEIN SANDLER LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of June 19, 2026* [Docket No.283], Lowenstein Sandler LLP ("Lowenstein Sandler"), as counsel to the Official Committee of Unsecured Creditors of the above-captioned debtors, hereby provides notice of its revised hourly rates effective as of July 1, 2026:

| Classification/Experience | Hourly Rate |
|---|---|
| Partners of the Firm | $800 - $2,325 |
| Of Counsel | $955 - $1,705 |
| Senior Counsel (generally twelve or more years of experience) | $710 - $1,715 |
| Counsel (generally seven or more years of experience) | $670 - $1,600 |
| Associates (generally fewer than seven years of experience) | $590 - $1,450 |
| Paralegals, Practice Support and Assistants | $255 - $540 |

The increase noticed herein is reasonable pursuant to section 330(a)(3)(F) of the Bankruptcy Code as it is applied firm-wide, and the new rates are comparable to those used in similar circumstances by similarly skilled professionals.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730

Dated: August 10, 2026
Wilmington, DE

**LOWENSTEIN SANDLER LLP**

*/s/ Shanti M. Katona*
Shanti M. Katona (No. 5352)
Michael V. DiPietro (No. 6781)
1000 N West Street
Suite 1200
Wilmington, DE 19801
(973) 597-2500
skatona@lowenstein.com
mdipietro@lowenstein.com
-and-
Jeffrey L. Cohen (admitted *pro hac vice*)
Gianfranco Finizo (admitted *pro hac vice*)
Eric Seltzer (admitted *pro hac vice*)
1251 Avenue of the Americas, 17th Floor
New York, NY 10020
(212) 262-6700
jcohen@lowenstein.com
gfinizio@lowenstein.com
eseltzer@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*