**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Simply Interior Homes, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10922 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed.**<br>**Objection Deadline: August 28, 2026 at 4:00 p.m. ET** |

**SECOND MONTHLY APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JULY 1, 2026 THROUGH JULY 31, 2026**

| | |
|---|---|
| **Name of Applicant:** | Lowenstein Sandler LLP |
| **Authorized to provide professional services to:** | The Official Committee of Unsecured Creditors |
| **Date of Retention:** | July 23, 2026 effective as of June 19, 2026 |
| **Period for which compensation and reimbursement is sought:** | July 1, 2026 through July 31, 2026 |
| **Amount of Compensation sought as actual, reasonable and necessary:** | $120,091.20 (80% of $150,114.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable and necessary:** | $0.00 |

This is a(n): ☑ Monthly ☐ Interim ☐ Final application

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730.

## PRIOR APPLICATION HISTORY

| | | | Requested | | Monthly Statements | | Certificate of No Objection / Signed Order |
|---|---|---|---|---|---|---|---|
| Application | Date Filed | Period Covered | Fees 100% | Expenses | Fees 80% | Expenses | |
| 1st Monthly | 7/31/2026 | 6/19/2026 – 6/30/2026 | $132,17.00 | $150.00 | $106,254.00 | $150.00 | Pending |

## SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM JULY 1, 2026 THROUGH JULY 31, 2026

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Citron, Lowell A. | 1995 | Partner/Corporate / Tax | 0.90 | $1,750.00 | $1,575.00 |
| Cohen, Jeffrey | 2000 | Partner/Bankruptcy | 19.40 | $1,750.00 | $33,950.00 |
| Finizio, Gianfranco | 2010 | Partner/Bankruptcy | 35.90 | $1,330.00 | $47,747.00 |
| Katona, Shanti M. | 2007 | Partner/Bankruptcy | 23.10 | $1,285.00 | $29,683.50 |
| Devanney, Katherine | 2017 | Associate/Bankruptcy | 12.10 | $955.00 | $11,555.50 |
| DiPietro, Michael V. | 2022 | Associate/Bankruptcy | 7.00 | $955.00 | $6,685.00 |
| Podolnyy, Michelle | 2025 | Associate/Corporate / Tax | 9.60 | $800.00 | $7,680.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 14.40 | $430.00 | $6,192.00 |
| Parente, Mary | N/A | Paralegal/Corporate / Tax | 11.60 | $435.00 | $5,046.00 |
| **TOTAL FEES** | | | **134.00** | | **$150,114.00** |
| **Attorney Blended Rate** | | | | | **$1,285.89** |

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD OF JULY 1, 2026 THROUGH JULY 31, 2026**

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 8.00 | $8,837.00 |
| B120A | Investigation of Prepetition Lenders | 23.70 | $15,709.00 |
| B130 | Asset Disposition | 35.00 | $48,123.50 |
| B150 | Meetings of and Communication with Creditors | 12.60 | $15,879.00 |
| B160 | Fee/Employment Applications | 6.90 | $3,409.50 |
| B165 | Employment and Retention Applications - Others | 12.20 | $10,749.50 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 2.90 | $3,848.00 |
| B230 | Financing/Cash Collateral | 5.00 | $6,413.00 |
| B310 | Claims Administration and Objections | 0.50 | $552.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 20.00 | $25,755.50 |
| B430 | Adversary Proceedings and Bankruptcy Court Litigation | 4.50 | $7,231.50 |
| B430A | Court Hearings | 0.30 | $352.50 |
| B440 | Schedules and Statements | 2.40 | $3,253.50 |
| | **Total** | **134.00** | **$150,114.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Simply Interior Homes, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10922 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed.**<br>**Objection Deadline: August 28, 2026 at 4:00 p.m. ET** |

**SECOND MONTHLY APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JULY 1, 2026 THROUGH JULY 31, 2026**

Pursuant to title 11 sections 330 and 331 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2017 of the Federal Rules of Bankruptcy Procedure, and the Interim Compensation Order (defined below), Lowenstein Sandler LLP ("Lowenstein Sandler"), as counsel to the Official Committee of Unsecured Creditors (the "Committee"), appointed in the chapter 11 cases of Simply Interior Homes, LLC, *et al.*, the above captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits its second monthly application (the "Application") for allowance of compensation and reimbursement of expenses for the period of July 1, 2026 through July 31, 2026 (the "Fee Period"). By this Application, Lowenstein Sandler seeks a monthly allowance of compensation in the amount of $150,114.00, and payment of $120,091.20 (80% of the allowed fees) for the Fee Period,. In support of this Application, Lowenstein Sandler respectfully states as follows:

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730

**BACKGROUND**

1. On June 8, 2026 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court") commencing these cases (the "Chapter 11 Cases"). No trustee or examiner has been appointed in the Chapter 11 Cases.

2. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to manage their properties and operate their businesses as debtors in possession.

3. On June 18, 2026, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code. [Docket No. 93].

4. On June 19, 2026, the Committee selected Lowenstein Sandler to serve as its counsel, and Dundon Advisers, LLC ("Dundon") and Foresight Restructuring LLC ("Foresight") to serve as its financial advisors in the Chapter 11 Cases.

5. On July 31, 2026, the Court entered the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (II) Granting Related Relief* (the "Interim Compensation Order") [Docket No. 164].

6. On July 23, 2026, the Court entered the *Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors effective as of June 19, 2026* ("Retention Order") [Docket No. 283]. The Retention Order authorizes Lowenstein Sandler to be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court and the Interim Compensation Order.

7. Through this Application, Lowenstein Sandler seeks allowance of compensation for professional services rendered for, and on behalf of, the Committee during the Fee Period.

A detailed description of services rendered during the Fee Period is annexed hereto as **Exhibit “A”**.

8. During the Fee Period, Lowenstein Sandler assisted with the Committee's investigation into the acts, conduct, assets, liabilities, and financial condition of the Debtors and their prepetition secured lenders, including: (i) reviewing and analyzing the Debtors' credit agreements, security documents, UCC filings, and collateral documents related to the Debtors' prepetition debt; (ii) drafting, revising, and finalizing a comprehensive lien review memorandum assessing the perfection, priority, and potential challenges to the lenders' security interests; and (iii) conferring with the Committee's professionals regarding the scope of the lien review and document production from the lenders.

9. Lowenstein Sandler also spent time attending to the Debtors' sale process, including: (i) reviewing and analyzing sale process presentations and bid summaries prepared by the Committee's financial advisor; (ii) monitoring the submission of indications of interest, stalking horse term sheets, and potential bids; (iii) conferring with the Debtors' and Committee's professionals regarding stalking horse deadline extensions, APA issues, and the auction; (iv) preparing for and attending the auction on behalf of the Committee; (v) reviewing and analyzing the Debtors' motion to abandon certain Kate Spade inventory; (vi) reviewing, analyzing, and negotiating proposed term sheets for the resolution and disposition of Kate Spade goods; and (vii) addressing post-auction APA issues, including claims preservation and analysis.

10. In addition, Lowenstein Sandler spent time attending to the Debtors' DIP financing, including: (i) reviewing and analyzing the proposed final DIP Order, DIP Term Sheet, and related budgets, and preparing comments to same; (ii) conferring with the Debtors' counsel and the Committee's financial advisor regarding budget revisions, adjusted milestones,

and DIP-related issues; and (iii) negotiating with the Debtors' counsel regarding modifications to the DIP budget and order.

11. Further, Lowenstein Sandler attended to the Debtors' proposed combined plan and disclosure statement, including: (i) reviewing, analyzing, and commenting on the draft combined disclosure statement and plan (the "Plan") and solicitation procedures; (ii) conferring with the Debtors' counsel and the Committee's professionals regarding plan negotiations and release language; (iii) reviewing and analyzing the U.S. Trustee's proposed revisions to the Plan; and (iv) preparing the Committee's reservation of rights in connection with the Plan.

12. Lowenstein Sandler also attended to litigation matters, including: (i) reviewing and analyzing responses and objections served by Centre Lane Partners and Live Comfortably in connection with 2004 examination requests; (ii) conferring with producing parties and participating in meet-and-confer sessions regarding outstanding discovery requests and production deficiencies; and (iii) conducting diligence on retained causes of action.

13. Finally, Lowenstein Sandler: (i) prepared and filed the Committee professionals' retention applications and addressed comments from the United States Trustee regarding same; (ii) finalized and filed the Committee professionals' first monthly fee statements; (iii) reviewed and analyzed the Debtors' schedules and statements of financial affairs and conferred with the Committee's financial advisor regarding same; (iv) monitored claims administration, including reviewing the bar date notice, claims register, and preliminary analysis of the schedules of assets and liabilities; (v) prepared for and attended court hearings on behalf of the Committee; and (vi) communicated with the members of the Committee, by telephone and e-mail, to discuss the Debtors' business operations, the sale process, the plan, and all of the above matters. Lowenstein Sandler has rendered professional services as counsel to the Committee as

requested and as necessary and appropriate in furtherance of the Committee's duties and functions in these Chapter 11 Cases.

14. Annexed hereto as **Exhibit "B"**, and made part hereof, is a Certification of Jeffrey L. Cohen, Esq., a partner of Lowenstein Sandler, submitted pursuant to section 504 of the Bankruptcy Code.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

15. The services rendered by Lowenstein Sandler during the Fee Period are grouped into the categories set forth in **Exhibit "A"**. The attorneys and paralegals that rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category, are also listed in the attachments hereto.

## VALUATION OF SERVICES & RELIEF REQUESTED

16. Attorneys and paraprofessionals employed by Lowenstein Sandler have expended a total of 134.0 hours in connection with this matter during the Fee Period detailed below.

17. The nature of the work performed by these persons is fully set forth in the detail attached hereto as **Exhibit "A"**. The hourly rates set forth on page 2 above are Lowenstein Sandler's current hourly rates for work of this nature. The reasonable value of the services rendered by Lowenstein Sandler for the Fee Period as counsel to the Committee is $150,114.00.

18. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the cost of comparable services other than in a case under this title.

19. This is Lowenstein Sandler's second monthly application pursuant to the Interim Compensation Order. Lowenstein Sandler has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in

connection with these Chapter 11 Cases, and there is no agreement or understanding between Lowenstein Sandler and any other person, other than members of Lowenstein Sandler, for the sharing of compensation to be received for services rendered in these cases. No prior application has been made to this or any other Court for this Fee Period or for the allowance of fees and disbursements sought herein.

20. This Application covers the period of July 1, 2026 through July 31, 2026. Lowenstein Sandler has and will continue to perform additional necessary services subsequent to July 31, 2026, for which Lowenstein Sandler will file subsequent fee applications.

**WHEREFORE**, Lowenstein Sandler respectfully requests the Court grant the Application and allow Lowenstein Sandler's monthly fees in the amount of $150,114.00, less a twenty percent (20%) holdback in the amount of $30,022.80, for a total fee request in the amount of $120,091.20, for professional services rendered to, and on behalf of, the Committee during the Fee Period, and that it be granted such other and further relief as the Court may deem just and proper.

Dated: August 14, 2026
Wilmington, DE

**LOWENSTEIN SANDLER LLP**

*/s/ Shanti M. Katona*

Shanti M. Katona (No. 5352)
Michael V. DiPietro (No. 6781)
1000 N West Street
Suite 1200
Wilmington, DE 19801
(973) 597-2500
skatona@lowenstein.com
mdipietro@lowenstein.com

-and-

Jeffrey L. Cohen (admitted *pro hac vice*)
Gianfranco Finizio (admitted *pro hac vice*)
Eric Seltzer (admitted *pro hac vice*)
1251 Avenue of the Americas, 17th Floor
New York, NY 10020
(212) 262-6700

jcohen@lowenstein.com
gfinizio@lowenstein.com
eseltzer@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*