**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Simply Interior Homes, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10922 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed.**<br>**Objection Deadline: August 28, 2026 at 4:00 p.m. ET** |

**SECOND MONTHLY APPLICATION OF FORESIGHT RESTRUCTURING LLC AS CO-FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JULY 1, 2026 THROUGH JULY 31, 2026**

| | |
|---|---|
| **Name of Applicant:** | Foresight Restructuring LLC |
| **Authorized to provide professional services to:** | The Official Committee of Unsecured Creditors |
| **Date of Retention:** | July 23, 2026 effective as of June 19, 2026 |
| **Period for which compensation and reimbursement is sought:** | July 1, 2026 through July 31, 2026 |
| **Amount of Compensation sought as actual, reasonable and necessary:** | $31,796.00 (80% of $39,745.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable and necessary:** | $0.00 |

This is a(n): ☑ Monthly ☐ Interim ☐ Final application

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730

## PRIOR APPLICATION HISTORY

| | | | Requested | | Monthly Statements | | Certificate of No Objection / Signed Order |
|---|---|---|---|---|---|---|---|
| **Application** | **Date Filed** | **Period Covered** | **Fees 100%** | **Expenses** | **Fees 80%** | **Expenses** | |
| 1st Monthly | 7/31/26 | 6/19/26 – 6/30/26 | $32,975.00 | $36.15 | $26,380.00 | $36.15 | Pending |

## SUMMARY OF PROFESSIONALS RENDERING SERVICES FROM JULY 1, 2026 THROUGH JULY 31, 2026

| Person | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Ker Gibbs | Partner | $850 | 9.20 | $ 7,820.00 |
| Yi Zhu | Partner | $750 | 34.70 | $ 24,525.00 |
| Yuki Niu | Director | $400 | 18.50 | $ 7,400.00 |
| **Total** | | | **62.40** | **$ 39,745.00** |

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD OF JULY 1, 2026 THROUGH JULY 31, 2026

| Task Description | Hours | Fees |
|---|---|---|
| Business Analysis | 16.80 | $ 10,080.00 |
| Case administration | 9.50 | $ 6,925.00 |
| Committee Communication | 1.40 | $ 1,050.00 |
| Non-working Travel | 4.00 | $ 1,500.00 |
| Retention | 3.70 | $ 1,760.00 |
| Sale | 26.00 | $ 18,430.00 |
| **Total** | **62.40** | **$ 39,745.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Simply Interior Homes, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10922 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed.**<br>**Objection Deadline: August 28, 2026 at 4:00 p.m. ET** |

**SECOND MONTHLY APPLICATION OF FORESIGHT RESTRUCTURING LLC AS CO-FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JULY 1, 2026 THROUGH JULY 31, 2026**

Pursuant to title 11 sections 330 and 331 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2017 of the Federal Rules of Bankruptcy Procedure, and the Interim Compensation Order (defined below), Foresight Restructuring LLC ("Foresight"), as co-Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee"), appointed in the chapter 11 cases of Simply Interior Homes, LLC, *et al.*, the above captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits its second monthly application (the "Application") for allowance of compensation and reimbursement of expenses for the period of July 1, 2026 through July 31, 2026 (the "Fee Period"). By this Application, Foresight seeks a monthly allowance of compensation in the amount of $ $39,745.00, payment of $ $31,796.00 (80% of the allowed fees) for the Fee Period. In support of this Application, Foresight respectfully states as follows:

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730

## BACKGROUND

1. On June 8, 2026 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court") commencing these cases (the "Chapter 11 Cases"). No trustee or examiner has been appointed in the Chapter 11 Cases.

2. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to manage their properties and operate their businesses as debtors in possession.

3. On June 18, 2026, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code. [Docket No. 93].

4. On June 19, 2026, the Committee selected Lowenstein Sandler LLP to serve as its counsel, and Dundon Advisers, LLC ("Dundon") and Foresight to serve as its financial advisors in the Chapter 11 Cases.

5. On June 30, 2026, the Court entered the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (II) Granting Related Relief* (the "Interim Compensation Order") [Docket No. 164].

6. On July 23, 2026, the Court entered the *Order Authorizing and Approving the Employment and Retention of Foresight Restructuring LLC as Co-Financial Advisor to the Official Committee of Unsecured Creditors effective as of June 19, 2026* ("Retention Order") [Docket No. 284]. The Retention Order authorizes Foresight to be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court and the Interim Compensation Order.

7. Through this Application, Foresight seeks allowance of compensation for professional services rendered for, and on behalf of, the Committee during the Fee Period. A detailed description of services rendered during the Fee Period is annexed hereto as **Exhibit "A"**.

8. During the Fee Period, Foresight spent time attending to the Debtors' sale process, including: (i) drafting and revising of letters to potential bidders; (ii) researching the investor universe in regions not yet covered by the Debtors' investment bank, particularly the Asia Pacific region; (iii) mailing, emailing, and calling potential bidders, particularly in the Asia Pacific Region; (iv) follow-up conversations with potential bidders and (v) facilitating communications between potential bidders and certain vendors.

9. In addition, Foresight spent time analyzing the Debtors' business, including: (i) reviewing and analyzing the Debtors' financial and operational data stored in data rooms; (ii) reviewing and commenting on weekly cash usage and variances reported by the Debtors' financial advisor; and (iii) participating in multiple calls and emails with the Debtors' professionals regarding the Debtors' financial situation. Foresight, in conjunction with Lowenstein, coordinated with Dundon throughout the Fee Period to ensure that there was no duplication of services.

10. Foresight has rendered professional services as co-Financial Advisor to the Committee as requested and as necessary and appropriate in furtherance of the Committee's duties and functions in these Chapter 11 Cases.

11. Annexed hereto as **Exhibit "B"**, and made part hereof, is a Certification of Yi Zhu, a partner of Foresight, submitted pursuant to section 504 of the Bankruptcy Code.

**SUMMARY OF SERVICES BY PROJECT CATEGORY**

12. The services rendered by Foresight during the Fee Period are grouped into the categories set forth in **Exhibit "A"**. The professionals that rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category, are also listed in the attachments hereto.

**VALUATION OF SERVICES & RELIEF REQUESTED**

13. Professionals employed by Foresight have expended a total of 62.40 hours in connection with this matter during the Fee Period detailed below.

14. The nature of the work performed by these persons is fully set forth in the detail attached hereto as **Exhibit "A"**. The hourly rates set forth on page 2 above are Foresight 's current hourly rates for work of this nature. The reasonable value of the services rendered by Foresight for the Fee Period as co-Financial Advisor to the Committee is $39,745.00.

15. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the cost of comparable services other than in a case under this title.

16. This is Foresight's second monthly application pursuant to the Interim Compensation Order. Foresight has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases, and there is no agreement or understanding between Foresight and any other person, other than members of Foresight, for the sharing of compensation to be received for services rendered in these cases.

17. This Application covers the period of July 1, 2026 through July 31, 2026. Foresight has and will continue to perform additional necessary services subsequent to July 31, 2026, for which Foresight will file subsequent fee applications.

**WHEREFORE**, Foresight respectfully requests the Court grant the Application and allow Foresight's monthly fees in the amount of $39,745.00, less a twenty percent (20%) holdback in the amount of $7,949.00, for a total fee request in the amount of $31,796.00, for professional services rendered to, and on behalf of, the Committee during the Fee Period, and that it be granted such other and further relief as the Court may deem just and proper.

Dated: August 14, 2026
Califon, NJ

**FORESIGHT RESTRUCTURING LLC**

*<u>/s/ Yi Zhu</u>*

Yi Zhu
151 Mount Grove Road
Califon, NJ 07830
(646) 881-4087
yi.zhu@4foresight.us

*Co-Financial Advisor to the Official Committee of Unsecured Creditors*