**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Simply Interior Homes, LLC, *et al.*,[1] | : | Case No. 26-10922 (CTG) |
| Debtors. | : | (Jointly Administered) |
| | : | **Re: Docket No. 405 & 408** |

**ORDER SHORTENING THE NOTICE PERIOD WITH RESPECT TO THE DEBTORS' SECOND EMERGENCY MOTION PURSUANT TO SECTIONS 105(a), 362, AND 365 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER (I) COMPELLING PERFORMANCE OF ITS LOGISTICS, LLC'S OBLIGATIONS UNDER AN EXECUTORY CONTRACT, (II) ENFORCING THE AUTOMATIC STAY, (III) SCHEDULING A BRIEFING AND LITIGATION SCHEDULE TO CONSIDER DAMAGES TO THE DEBTORS, AND (IV) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rules 2002 and 9006, and Local Rule 9006-1(c) and (e), (i) shortening the notice period with respect to the *Debtors' Second Emergency Motion Pursuant to Sections 105(a), 362, and 365 of the Bankruptcy Code for Entry of an Order (I) Compelling Performance of ITS Logistics, LLC's Obligations Under an Executory Contract, (II) Enforcing the Automatic Stay, (III) Scheduling a Briefing and Litigation Schedule to Consider Damages to the Debtors, and (IV) Granting Related Relief* (the "Second Motion to

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

Compel"), (ii) setting the hearing date and objection deadline for the Second Motion to Compel; and upon consideration of the Motion to Shorten and all pleadings related thereto; and having determined that no other or further notice of the Motion to Shorten is required under the circumstances; and having determined that the Court has jurisdiction to consider the Motion to Shorten in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and having determined that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and having determined that venue of this proceeding and the Motion to Shorten is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and having determined that the relief requested in the Motion to Shorten and provided for herein is in the best interest of the Debtors, their estates, and their creditors; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion to Shorten is GRANTED, as set forth herein.

2. The hearing on approval of the Second Motion to Compel shall be held on **September 15, 2026 at 10:00 a.m. (ET)** (the "Hearing").

3. Any responses or objections to the Second Motion to Compel may be presented at the Hearing.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

**Dated: September 11th, 2026**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**