**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | | Chapter 11 |
| Simply Interior Homes, LLC, *et al.*,[1] | | Case No. 26-10922 (CTG) |
| Debtors. | | (Jointly Administered) |
| | | **Hearing Date: September 15, 2026 at 10:00 a.m. (ET)** **Obj. Deadline: At the Hearing** |
| | | **Re: Docket Nos. 405, 408 & 412** |

**NOTICE OF HEARING REGARDING DEBTORS' SECOND EMERGENCY MOTION PURSUANT TO SECTIONS 105(a), 362, AND 365 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER (I) COMPELLING PERFORMANCE OF ITS LOGISTICS, LLC's OBLIGATIONS UNDER AN EXECUTORY CONTRACT, (II) ENFORCING THE AUTOMATIC STAY, (III) ESTABLISHING A BRIEFING AND LITIGATION SCHEDULE FOR THE COURT TO CONSIDER AND AWARD DAMAGES TO THE DEBTORS, AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on September 11, 2026, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Second Emergency Motion Pursuant to Sections 105(a), 362, and 365 of the Bankruptcy Code for Entry of an Order (I) Compelling Performance of ITS Logistics, LLC's Obligations Under an Executory Contract, (II) Enforcing the Automatic Stay, (III) Establishing a Briefing and Litigation Schedule for the Court to Consider and Award Damages to the Debtors, and (IV) Granting Related Relief* [Docket No. 405] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"), a copy of which you were previously served with.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730.

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously with the filing of the Motion, the Debtors also filed a motion to shorten the notice and objection periods with respect to the Motion [Docket No. 408] (the "Motion to Shorten"), a copy of which you were also previously served with.

**PLEASE TAKE FURTHER NOTICE** that, on September 11 2026, the Court entered the *Order Shortening the Notice Period with Respect to the Debtors' Second Emergency Motion Pursuant to Sections 105(a), 362, and 365 of the Bankruptcy Code (I) Compelling Performance of ITS Logistics, LLC's Obligation under an Executory Contract, (II) Enforcing the Automatic Stay, (III) Scheduling a Briefing and Litigation Schedule to Consider Damages to The Debtors, and (IV) Granting Related Relief* [Docket No. 412] (the "Order to Shorten").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **September 15, 2026 at 10:00 a.m. (ET)** (the "Hearing") before the Honorable Craig T. Goldblatt at the United S Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801, **at or before the Hearing** (the "Objection Deadline"), and served upon and received by the undersigned counsel for the Debtors.

**PLEASE TAKE FURTHER NOTICE THAT IF THERE ARE NO OBJECTIONS TO THE MOTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 11, 2026
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*<u>/s/ Halley S. Dannemiller</u>*
L. Katherine Good (No. 5101)
Brett M. Haywood (No. 6166)
James R. Risener III (No. 7334)
Halley S. Dannemiller (No. 7562)
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Tel: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
bhaywood@potteranderson.com
jrisener@potteranderson.com
hdannemiller@potteranderson.com

– and –

**GOODWIN PROCTER LLP**
Kizzy L. Jarashow (admitted *pro hac vice*)
Barry Z. Bazian (admitted *pro hac vice*)
Stacy Dasaro (admitted *pro hac vice*)
Artem Skorostensky (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel: (212) 813-8800
Facsimile: (212) 355-3333
Email: kjarashow@goodwinlaw.com
bbazian@goodwinlaw.com
sdasaro@goodwinlaw.com
askorostensky@goodwinlaw.com

*Counsel for Debtors and Debtors in Possession*