**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Simply Interior Homes, LLC, *et al.*,[1] | : | Case No. 26-10922 (CTG) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 15, 2026 AT 10:00 A.M. (ET)[2]**

**This proceeding will be conducted in-person in Courtroom No. 5 on the 5th Floor. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (ET) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**MATTER GOING FORWARD:**

1. Debtors' Second Emergency Motion Pursuant to Sections 105(a), 362, and 365 of the Bankruptcy Code for Entry of an Order (I) Compelling Performance of ITS Logistics, LLC's Obligations Under an Executory Contract, (II) Enforcing the Automatic Stay, (III) Establishing a Briefing and Litigation Schedule for the Court to Consider Damages to the Debtors, and (IV) Granting Related Relief [Docket No. 405 – September 11, 2026]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730.

[2] All motions and other pleadings referenced herein are available online at the following address: https://dm.epiq11.com/SimplyInterior.

Response/Objection Deadline: At the Hearing

Responses/Objections Received: None at this time

Related Documents:

A. [SEALED] Notice of Filing of Warehouse Agreement [Docket No. 77 – June 17, 2026]

B. Notice of Filing of Amended Exhibit 1 to Final Order (I) Authorizing Each Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Docket No. 392 – September 2, 2026]

C. [SEALED] Declaration of Adam Zalev in Support of the Debtors' Second Emergency Motion Pursuant to Sections 105(a), 362, and 365 of the Bankruptcy Code for Entry of an Order (I) Compelling Performance of ITS Logistics, LLC's Obligations Under an Executory Contract, (II) Enforcing the Automatic Stay, (III) Scheduling Briefing and Litigation Schedule to Consider Damages to the Debtors, and (IV) Granting Related Relief [Docket No. 406 – September 11, 2026]

D. Declaration of Brett M. Haywood in Support of the Debtors' Second Emergency Motion Pursuant to Sections 105(a), 362, and 365 of the Bankruptcy Code for Entry of an Order (I) Compelling Performance of ITS Logistics, LLC's Obligations Under an Executory Contract, (II) Enforcing the Automatic Stay, (III) Scheduling Briefing and Litigation Schedule to Consider Damages to the Debtors, and (IV) Granting Related Relief [Docket No. 407 – September 11, 2026]

E. Debtors' Motion for Entry of an Order Shortening the Notice Period with Respect to the Debtors' Second Emergency Motion Pursuant to Sections 105(a), 362, and 365 of the Bankruptcy Code for Entry of an Order (I) Compelling Performance of ITS Logistics, LLC's Obligations Under an Executory Contract, (II) Enforcing the Automatic Stay, (III) Scheduling a Briefing and Litigation Schedule to Consider Damages to the Debtors and (IV) Granting Related Relief [Docket No. 408 – September 11, 2026]

F. Joinder of Great Rock Capital Partners Management, LLC to the Debtors' Second Emergency Motion Pursuant to Sections 105(a), 362, and 365 of the Bankruptcy Code for Entry of an Order (I) Compelling Performance of ITS Logistics, LLC's Obligations Under an Executory Contract, (II) Enforcing the Automatic Stay, (III) Awarding Damages to the Debtors, and (IV) Granting Related Relief [Docket No. 409 – September 11, 2026]

G. Official Committee of Unsecured Creditors Joinder to Debtors' Second Emergency Motion Pursuant to Sections 105(a), 362, and 365 of the Bankruptcy Code for Entry of an Order (I) Compelling Performance of ITS Logistics, LLC's Obligations Under an Executory Contract, (II) Enforcing the Automatic Stay, (III) Establishing a Briefing and Litigation Schedule for the Court to Consider Damages to the Debtors, and (IV) Granting Related Relief [Docket No. 410 – September 11, 2026]

H. Order Shortening the Notice Period with Respect to the Debtors' Second Emergency Motion Pursuant to Sections 105(a), 362, and 365 of the Bankruptcy Code for Entry of an Order (I) Compelling Performance of ITS Logistics, LLC's Obligations Under an Executory Contract, (II) Enforcing the Automatic Stay, (III) Scheduling a Briefing and Litigation Schedule to Consider Damages to the Debtors, and (IV) Granting Related Relief [Docket No. 412 – September 11, 2026]

I. Notice of Hearing Regarding Debtors' Second Emergency Motion Pursuant to Sections 105(a), 362, and 365 of the Bankruptcy Code for Entry of an Order (I) Compelling Performance of ITS Logistics, LLC's Obligations Under an Executory Contract, (II) Enforcing the Automatic Stay, (III) Establishing a Briefing and Litigation Schedule for the Court to Consider and Award Damages to the Debtors, and (IV) Granting Related Relief [Docket No. 415 – September 11, 2026]

Status: This matter is going forward.

[*Remainder of Page Intentionally Left Blank*]

Dated: September 11, 2026
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ Halley S. Dannemiller*
L. Katherine Good (No. 5101)
Brett M. Haywood (No. 6166)
James R. Risener III (No. 7334)
Halley S. Dannemiller (No. 7562)
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Tel: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
bhaywood@potteranderson.com
jrisener@potteranderson.com
hdannemiller@potteranderson.com

– and –

**GOODWIN PROCTER LLP**
Kizzy L. Jarashow (admitted *pro hac vice*)
Barry Z. Bazian (admitted *pro hac vice*)
Stacy Dasaro (admitted *pro hac vice*)
Artem Skorostensky (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel: (212) 813-8800
Facsimile: (212) 355-3333
Email: kjarashow@goodwinlaw.com
bbazian@goodwinlaw.com
sdasaro@goodwinlaw.com
askorostensky@goodwinlaw.com

*Counsel for Debtors and Debtors in Possession*