**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Simply Interior Homes, LLC, *et al.*,[1] | : | Case No. 26-10922 (CTG) |
| Debtors. | : | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 18, 2026 AT 10:00 A.M. (ET)[3]**

**This proceeding will be conducted in-person in Courtroom No. 5 on the 5th Floor. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (ET) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**RESOLVED MATTERS:**

1. Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code for Entry of an Order (I) Authorizing the Debtors to Reject Certain Contracts Effective as of the Date of the Motion; and (II) Granting Certain Related Relief [Docket No. 322 – August 6, 2026]

   Objection/Response Deadline: August 20, 2026 at 4:00 p.m. (ET)

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730.

[2] **Amended items appear in bold.**

[3] All motions and other pleadings referenced herein are available online at the following address: https://dm.epiq11.com/SimplyInterior.

Objections/Responses Received: None.

Related Documents:

A. Certificate of No Objection Regarding Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code for Entry of an Order (I) Authorizing the Debtors to Reject Certain Contracts Effective as of the Date of the Motion; and (II) Granting Certain Related Relief [Docket No. 377 – August 26, 2026]

B. Order (I) Authorizing the Debtors to Reject that Certain Asian Product Sourcing Agreement Effective as of the Date of the Motion; and (II) Granting Certain Related Relief [Docket No. 378 – August 26, 2026]

Status: An order has been entered. No hearing is necessary.

2. Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Reject that Certain Asian Product Sourcing Agreement Effective as of the Date of the Motion; and (II) Granting Certain Related Relief [Docket No. 350 – August 17, 2026]

Objection/Response Deadline: August 31, 2026 at 4:00 p.m. (ET)

Objections/Responses Received:

A. Live Comfortably' s Limited Objection to Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Reject that Certain Asian Product Sourcing Agreement Effective as of the Date of the Motion; and (II) Granting Certain Related Relief [Docket No. 381 – August 31, 2026]

Related Documents:

B. Certification of Counsel Regarding Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Reject that Certain Asian Product Sourcing Agreement Effective as of the Date of the Motion; and (II) Granting Certain Related Relief [Docket No. 398 – September 8, 2026]

C. Order (I) Authorizing the Debtors to Reject that Certain Asian Product Sourcing Agreement Effective as of the Date of the Motion; and (II) Granting Certain Related Relief [Docket No. 403 – September 9, 2026]

Status: An order has been entered. No hearing is necessary.

**MATTER GOING FORWARD- CERTIFICATION FILED:**

3. Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Enlarging the Time to File Notices of Removal of Related Proceedings [Docket No. 379 – August 28, 2026]

   Objection/Response Deadline: September 11, 2026 at 4:00 p.m. (ET)

   Objections/Responses Received: None.

   Related Documents:

   A. Certificate of No Objection Regarding Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Enlarging the Time to File Notices of Removal of Related Proceedings [Docket No. 418 – September 14, 2026]

   **B. Order Granting Motion to Extend the Time to File Notices of Removal of Related Proceedings Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) [Docket No. 441 – September 17, 2026]**

   Status: **An order has been entered. No hearing is necessary.**

**MATTER GOING FORWARD - CONFIRMATION:**

4. Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Simply Interior Homes, LLC and Its Debtor Affiliates [Docket No. 323 – August 7, 2026]

   Objection/Response Deadline: September 11, 2026 at 4:00 p.m. (ET)

   Objections/Responses Received:

   A. Live Comfortably's Objection to Confirmation [Docket No. 413 – September 11, 2026]

   Related Documents:

   B. Order (I) Granting Interim Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief [Docket No. 336 – August 10, 2026]

   C. Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Simply Interior Homes, LLC and Its Debtor Affiliates – Solicitation Version [Docket No. 341 – August 12, 2026]

   D. Notice of Filing of Blackline of Further Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Simply Interior Homes, LLC and Its Debtor Affiliates [Docket No. 342 – August 12, 2026]

E. Notice of (I) Interim Approval of Combined Disclosure Statement and Plan; and (II) Hearing to Consider (A) Final Approval of the Combined Disclosure Statement and Plan as Containing Adequate Information and (B) Confirmation of the Combined Disclosure Statement and Plan [Docket No. 343 – August 12, 2026]

F. Verification of Publication [Docket No. 370 - August 24, 2026]

G. Notice of Filing of Plan Supplement to Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Simply Interior Homes, LLC and Its Debtor Affiliates [Docket No. 397 – September 4, 2026]

H. Second Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Simply Interior Homes, LLC and Its Debtor Affiliates [Docket No. 400 – September 8, 2026

I. Notice of Filing of Blackline of Second Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Simply Interior Homes, LLC and Its Debtor Affiliates [Docket No. 401 – September 8, 2026]

J. Notice of Filing of Plan Supplement to Second Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Simply Interior Homes, LLC and Its Debtor Affiliates [Docket No. 402 – September 8, 2026]

K. Declaration of Emily Young, on Behalf of Epiq Corporate Restructuring, LLC, Regarding Solicitation and Tabulation of Ballots Cast in Connection with the Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Simply Interior Homes, LLC and Its Debtor Affiliates [Docket No. 432 – September 16, 2026]

L. Declaration of Adam Zalev in Support of Confirmation of the Combined Disclosure Statement and Chapter 11 Plan of Simply Interior Homes, LLC and Its Debtor Affiliates [Docket No. 434 – September 16, 2026]

M. Memorandum of Law in Support of an Order Approving and Confirming on a Final Basis the Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Simply Interior Homes, LLC and Its Debtor Affiliates [Docket No. 435 – September 16, 2026]

N. Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Approving and Confirming on a Final Basis the Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Simply Interior Homes, LLC and Its Debtor Affiliates [Docket No. 436 – September 16, 2026]

**O. Second Amended First Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Simply Interior Homes, LLC and Its Debtor Affiliates [Docket No. 439 – September 16, 2026]**

**P. Notice of Filing of Blackline of Second Amended First Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Simply Interior Homes, LLC and Its Debtor Affiliates [Docket No. 440 – September 16, 2026]**

**Q. Notice of Filing of Revised Proposed Findings of Fact, Conclusions of Law, and Order Approving and Confirming on a Final Basis the Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Simply Interior Homes, LLC and Its Debtor Affiliates [Docket No. 443 – September 17, 2026]**

**R. Notice of Filling of Plan Supplement to Second Amended First Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Simply Interior Homes, LLC and Its Debtor Affiliates [Docket No. 447 – September 17, 2026]**

**S. Certificate of Service of Solicitation Documents [Docket No. 358 – August 19, 2026]**

**Additional Responses Received:**

**T. ITS Logistics, LLC's Reservation of Rights Regarding Plan Confirmation [Docket No. 444 – September 17, 2026]**

**U. Informal Response of the United States Trustee**

**V. Informal Response of the Official Committee of Unsecured Creditors**

**W. Informal Response of the DIP Secured Parties**

**X. Informal Response of the Prepetition Secured Parties**

**Y. Informal Response of Centre Lane Partners**

Status: **The Debtors have resolved the objection of Live Comfortably, as well as the informal responses received from all parties. This matter is going forward**.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 17, 2026
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ Halley S. Dannemiller*
L. Katherine Good (No. 5101)
Brett M. Haywood (No. 6166)
James R. Risener III (No. 7334)
Halley S. Dannemiller (No. 7562)
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Tel: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
bhaywood@potteranderson.com
jrisener@potteranderson.com
hdannemiller@potteranderson.com

– and –

**GOODWIN PROCTER LLP**
Kizzy L. Jarashow (admitted *pro hac vice*)
Barry Z. Bazian (admitted *pro hac vice*)
Stacy Dasaro (admitted *pro hac vice*)
Artem Skorostensky (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel: (212) 813-8800
Facsimile: (212) 355-3333
Email: kjarashow@goodwinlaw.com
bbazian@goodwinlaw.com
sdasaro@goodwinlaw.com
askorostensky@goodwinlaw.com

*Counsel for the Debtors and Debtors in Possession*