**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Simply Interior Homes, LLC, *et al.*,[1] | : | Case No. 26-10922 (CTG) |
| Debtors. | : | (Jointly Administered) |
| | : | **Obj. Deadline: October 28, 2026 at 4:00 p.m. (ET)** |

**NOTICE OF FILING OF FOURTH MONTHLY STAFFING REPORT OF REFLECT ADVISORS, LLC FOR THE PERIOD FROM SEPTEMBER 1, 2026 THROUGH SEPTEMBER 30, 2026**

**PLEASE TAKE NOTICE** that on June 30, 2026, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Approving the Retention and Employment of Reflect Advisors, LLC to Provide the Debtors with a Chief Restructuring Officer and Additional Staff Effective as of the Petition Date; (II) Designating Adam Zalev as the Chief Restructuring Officer to the Debtors; and (III) Granting Related Relief* [Docket No. 67] (the "Retention Order").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Retention Order, Reflect Advisors, LLC ("Reflect") hereby files its fourth monthly staffing report for the period September 1, 2026 through September 30, 2026 (the "Staffing Report").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Staffing Report must be filed with the Court and served so as to be received by the Notice Parties (defined below) no later than **October 28, 2026 at 4:00 p.m. (ET)** (the "Objection Deadline").

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these Chapter 11 Cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730.

**PLEASE TAKE FURTHER NOTICE** that objections to the Staffing Report, if any, must be served upon and received by the following Notice Parties: (i) counsel to the Debtors, (a) Goodwin Procter LLP, 620 Eighth Ave., New York, NY 10018 (Attn: Kizzy L. Jarashow (kjarashow@goodwinlaw.com) and Barry Z. Bazian (bbazian@goodwinlaw.com)); (b) Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor, Wilmington, Delaware 19801 (Attn: L. Katherine Good (kgood@potteranderson.com) and Brett M. Haywood (bhaywood@potteranderson.com)); (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Ben Hackman (Benjamin.a.hackman@usdoj.gov)); (iii) counsel to the Prepetition Secured Parties and the DIP Secured Parties, (a) Paul Hastings LLP, 200 Park Avenue New York, New York 10166 (Attn: Roger Schwartz (rogerschwartz@paulhastings.com), Peter Montoni (petermontoni@paulhastings.com), William Reily (williamreily@paulhastings.com), and Alison Sikes (alisonsikes@paulhastings.com)); (b) Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, Delaware 19801 (Attn: Joseph Barry (jbarry@ycst.com) and Joseph Mulvihill (jmulvihill@ycst.com)); and (v) proposed counsel to the Committee: Lowenstein Sandler LLP (a) 1251 Avenue of the Americas, 17th Floor, New York, NY 10020 (Attn: Jeffrey L. Cohen (jcohen@lowenstein.com), Gianfranco Finizio (gfinizio@lowenstein.com), and Eric Seltzer (eseltzer@lowenstein.com); and (b) 1000 N. West Street, Suite 1200, Wilmington, DE 19801 (Attn: Shanti M. Katona (skatona@lowenstein.com) and Michael V. DiPietro (mdipietro@lowenstein.com)) (collectively, the "<u>Notice Parties</u>").

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served in accordance with the above procedures, all staffing and compensation listed in the Staffing Report shall be subject to review by the Court.

Dated: October 14, 2026
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ Sheridan T. Hill, II*
L. Katherine Good (No. 5101)
Brett M. Haywood (No. 6166)
James R. Risener III (No. 7334)
Sheridan T. Hill, II (No. 7605)
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Tel: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
bhaywood@potteranderson.com
jrisener@potteranderson.com
shill@potteranderson.com

– and –

**GOODWIN PROCTER LLP**
Kizzy L. Jarashow (admitted *pro hac vice*)
Barry Z. Bazian (admitted *pro hac vice*)
Stacy Dasaro (admitted *pro hac vice*)
Artem Skorostensky (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel: (212) 813-8800
Facsimile: (212) 355-3333
Email: kjarashow@goodwinlaw.com
bbazian@goodwinlaw.com
sdasaro@goodwinlaw.com
askorostensky@goodwinlaw.com

*Counsel for Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Simply Interior Homes, LLC, *et al.*,[1] | : | Case No. 26-10922 (CTG) |
| Debtors. | : | (Jointly Administered) |
| | : | **Obj. Deadline: October 28, 2026 at 4:00 p.m. (ET)** |

**SUMMARY OF FOURTH MONTHLY STAFFING REPORT OF REFLECT ADVISORS, LLC FOR THE PERIOD FROM SEPTEMBER 1, 2026 THROUGH SEPTEMBER 30, 2026**

| | |
|---|---|
| Name of Applicant: | Reflect Advisors, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | June 30, 2026, effective as of June 8, 2026 |
| Period for which compensation and reimbursement are sought: | September 1, 2026 - September 30, 2026 |
| Amount of CRO compensation sought as actual, reasonable, and necessary: | $46,200.00 |
| Amount of Additional Restructuring Staff compensation sought as actual, reasonable, and necessary: | $219,044.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00 |

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these Chapter 11 Cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Simply Interior Homes, LLC, *et al.*,[1] | : | Case No. 26-10922 (CTG) |
| Debtors. | : | (Jointly Administered) |
| | : | **Obj. Deadline: October 28, 2026 at 4:00 p.m. (ET)** |

**FOURTH MONTHLY STAFFING REPORT OF REFLECT ADVISORS, LLC**
**FOR THE PERIOD FROM SEPTEMBER 1, 2026 THROUGH SEPTEMBER 30, 2026**

1. Reflect Advisors, LLC ("Reflect") hereby provides its fourth monthly staffing and compensation report (the "Monthly Staffing Report") for the period September 1, 2026 through September 30, 2026 (the "Monthly Staffing Period") in accordance with the *Order (I) Approving the Retention and Employment of Reflect Advisors, LLC to Provide the Debtors with a Chief Restructuring Officer and Additional Staff Effective as of the Petition Date; (II) Designating Adam Zalev as the Chief Restructuring Officer to the Debtors; and (III) Granting Related Relief* [Docket No. 67] (the "Retention Order").

2. Pursuant to the Retention Order, the United States Bankruptcy Court for the District of Delaware (the "Court") authorized the above-captioned debtors and debtors in possession (the "Debtors") to compensate Reflect on an hourly basis.

3. In accordance with the Retention Order, Reflect is required to file a monthly staffing report and serve the same upon the applicable notice parties, including the Office of the

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these Chapter 11 Cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730.

United States Trustee and the Official Committee of Unsecured Creditors. The Monthly Staffing Report shall include the names and functions filled of the individuals assigned.

4. A detailed summary of the fees incurred during the Monthly Fee Period for which Reflect seeks compensation is attached hereto as **Exhibit A**.

Wherefore, pursuant to the Retention Order, Reflect submits this Monthly Staffing Report for the Monthly Staffing Period and requests the Court approve compensation in the amount of $265,244.50 in fees and $0.00 in expenses.

Dated: October 14, 2026
New York, New York

*/s/ Adam Zalev*
Adam Zalev
Chief Restructuring Officer