**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Simply Interior Homes, LLC, *et al.*,[1] | : | Case No. 26-10922 (CTG) |
| Debtors. | : | (Jointly Administered) |
| | : | **Ref. Docket No. 488** |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO ABANDON, EFFECTIVE AS OF THE FILING OF THE MOTION, CERTAIN GOODS CURRENTLY HELD IN A GENERAL ORDER WAREHOUSE, AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or any other responsive pleading has been received to the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon, Effective as of the Filing of the Motion, Certain Goods Currently Held in a General Order Warehouse, and (II) Granting Related Relief* [Docket No. 488] (the "Motion") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), with the United States Bankruptcy Court for the District of Delaware (the "Court") on October 16, 2026. Attached to the Motion was, among other things, a proposed form of order approving the relief requested in the Motion (the "Proposed Order"). Any objection or response to the relief requested in the Application was to be filed and served so as to be received by October 30, 2026 at 4:00 p.m. (ET) (the "Objection Deadline").

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Simply Interior Homes, LLC (8509); Simply Interior Homes AcquisitionCo, LLC (9643); SIH Beckham Buyer, LLC (5210); SIH-HSD Holdings, LLC (5402); SIH-BB Holdings, LLC (2303); SIH-DMD Holdings, LLC (2411); and SIH-SR Holdings, LLC (1835). The location of the Debtors' service address in these chapter 11 cases is 3042 Southcross Boulevard, Suite 102, Rock Hill, SC 29730.

The undersigned further certifies that as of the Objection Deadline, no answer, objection, or other responsive pleading to the Motion was received by the Debtors or their successor(s) in interest or has appeared on the Court's docket in these cases.

WHEREFORE, the Liquidating Trustee respectfully requests that the Proposed Order, attached to the Motion, be entered at the earliest convenience of the Court.

Dated: November 2, 2026
Wilmington, DE

**LOWENSTEIN SANDLER LLP**

*_/s/ Shanti M. Katona_*
Shanti M. Katona (No. 5352)
Michael V. DiPietro (No. 6781)
1000 N West Street
Suite 1200
Wilmington, DE 19801
(973) 597-2500
skatona@lowenstein.com
mdipietro@lowenstein.com

-and-

Jeffrey L. Cohen (admitted *pro hac vice*)
Gianfranco Finizio (admitted *pro hac vice*)
Eric Seltzer (admitted *pro hac vice*)
1251 Avenue of the Americas, 17th Floor
New York, NY 10020
(212) 262-6700
jcohen@lowenstein.com
gfinizio@lowenstein.com
eseltzer@lowenstein.com

*Counsel to the Liquidating Trustee*